AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Western__ District of __Massachusetts__

FILED IN OFFICE
P 12: 01

Van A. Lupo

V.

Bank America Corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04-40202-FDS**

TO: (Name and address of Defendant)

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jill C. Shedd
Law Office of Jill Shedd & Associates
929 Massachusetts Avenue
Level 01
Cambridge, MA. 02139

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**

CLERK

_Kathleen Hassett_
(By) DEPUTY CLERK

DATE: October 7, 2004

MECKLENBURG CO
SHERIFF'S OFFICE

JAN 07

PAID
AMT $ 50.00  225

STATE OF NORTH CAROLINA
COUNTY OF MECKLENBURG

AFFIDAVIT OF PERSONAL SERVICE

PERSONALLY APPEARED before me, the undersigned authority, _D. Windham_ Deputy Sheriff of Mecklenburg County, so being duly sworn, deposes and says that in the County of Mecklenburg, State of North Carolina, serving the defendants by the laws governing service of Civil Process within the State of North Carolina, he delivered to the within named defendant(s) at the following time(s) and place(s) to wit: _CASE # 04-40202 FDS_

NAME: _BANK OF AMERICA_ was served:

☐ by delivering to the defendant named above a copy of the summons and complaint or _____

☒ by leaving a copy of the summons and complaint and/or _____ at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein. _BANK MANAGER MS. SARAH A. SIROIS_.
(name of person copies were left with)

☐ defendant was not served for the following reason(s): _____

DATE: Month/Day/Year: _6-9-05  10:10 AM_

LOCATION: _100 N. Tryon St. Bank of America Corporate City_

A true copy of ☐ summons and complaint or ☒ _Civil Summons_, and further, he knows that the person(s) so served to be the one(s) mentioned and the deponent is not a party to the action.

Sheriff of Mecklenburg County, North Carolina

By: _D. Windham #0560_
Deputy Sheriff

Sworn to and subscribed before me,

this _15_ day of _June_ 200_5_

_Jennifer M. Stutts_
Notary Public - Mecklenburg County NC
My Commission expires: _8/8/06_