UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VAN A. LUPO,<br><br>      Plaintiff,<br><br>      v.<br><br>BANKAMERICA CORPORATION,<br><br>      Defendant. | C.A. No. 04-40202-FDS |

**NOTICE OF CHANGE OF ADDRESS OF COUNSEL FOR THE
DEFENDANT, BANKAMERICA CORPORATION**

Please be advised that effective August 1, 2005, the address for CHOATE, HALL & STEWART LLP, attorneys for Defendant, BankAmerica Corporation, will be:

**CHOATE, HALL & STEWART LLP
Two International Place
100-150 Oliver Street
Boston, Massachusetts 02110**

All other contact information will remain the same.

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON:

8/1/05

BANKAMERICA CORPORATION

By its attorneys,

E. Macey Russell, P.C. (BBO #542371)
Choate, Hall & Stewart LLP
Two International Place, 100-150 Oliver Street
Boston, MA 02110
Tel.: (617) 248-5000

Dated: August 1, 2005

3965835v1