C UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| VAN A. LUPO, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | C.A. Number 04-40202-FDS |
| | ) | |
| BANK OF AMERICA, | ) | |
| Defendant | ) | |

**CERTIFICATE OF SERVICE**

I, Jill C. Shedd, the attorney of record for the Plaintiff Van A. Lupo, hereby certify that I served the defendant, Defendant Bank of America with the below listed documents to via US First Class Mail to defendant's counsel:

E. Macey Russell, Esq.
Choate, Hall & Stewart, LLP
Two International Place
100-150 Oliver Street
Boston, MA. 02110
671-248-5000

Documents:
- Assented to Motion of Plaintiff's to Amend Pleadings to Join Third-Party Defendant Sheryl Lupo
- Memorandum in Support of said Motion
- Amended Complaint

*Jill C Shedd*
Jill C. Shedd

Dated: October 31, 2005