| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Law Office of Jill Shedd & Associates<br>430 Franklin Villiage Drive<br>#212<br>Franklin, MA 02063<br>Telephone No: 508-720-9267   FAX No: 508-473-3817<br>jshedd@sheddlaw.com<br>Attorney for: Plaintiff | Ref. No. or File No.: |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| UNITED STATES DISTRICT COURT |

| Plaintiff: Van Lupo |
|---|
| Defendant: Bank of America |

| PROOF OF SERVICE MEMORANDA | Hearing Date: | Time: | Dept/Div: | Case Number:<br>04CV40202-FDS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the MEMORANDA; MEMORANDUM IN SUPPORT OF SAID MOTION, THE PROPOSED AMENDED COMPLAINT; ASSENTED TO MOTION OF PLAINTIFF'S TO AMEND PLEADINGS TO JOIN THIRD PARTY DEFENDANT

3. a. Party served: Sheryl Lupo
   b. Person served: party in item 3.a.

4. Address where the party was served: 9842 Hamilton Ave
   Apt 28
   Huntington Beach, CA 92646

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jan. 10, 2006 (2) at: 6:45PM

7. **Person Who Served Papers:**
   a. Chris N. Spicer
   b. Premier Legal Solutions
   27 Cerrito
   Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:   $55.00
   e. I am: (3) registered California process server
       (i) Owner
       (ii) Registration No.:   1871
       (iii) County:   Orange
       (iv) Expiration Date:   Thu, May. 03, 2007

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Jan. 11, 2006

(Chris N. Spicer)

Judicial Council form POS-010
Rule 982.9.(a)&(b) Rev July 1, 2004

PROOF OF SERVICE MEMORANDA

1004.jill.1868

# Premier Legal Solutions

| Wednesday January 11, 2006 | *INVOICE* | JILL.1868 |

27 Cerrito
Irvine, CA 92612
Telephone: 949-480-1182, FAX: 949-480-1217

Law Office of Jill Shedd & Associates
430 Franklin Villiage Drive
#212
Franklin MA 020638

Work Order #: 1004
Client Matter #: 1004
Case #: 04CV40202-FDS
Court: UNITED STATES DISTRICT COURT
Title: Van Lupo vs. Bank of America
Documents: MEMORANDA MEMORANDUM IN SUPPORT OF SAID MOTION, THE PROPOSED AMENDED COMPLAINT; ASSENTED TO MOTION OF PLAINTIFF'S TO AMEND PLEADINGS TO JOIN THIRD PARTY DEFENDANT

| Date | Description | Amount |
|---|---|---|
| 01/10/06 06:45PM | Personal Service Sheryl Lupo, AT Home 9842 Hamilton Ave Apt 28 Huntington Beach CA 92646 party in item 3.a., Served By: Chris N. Spicer | |
| 01/10/06 | Deposit On Services  Check Number: 1015, Thank You! | -55.00 |
| 01/11/06 | PROCESS SERVICE | 55.00 |
| | PLEASE PAY FROM THIS INVOICE | $0.00 |