UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2006 FEB 15  A 11: 48

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| VAN A. LUPO,<br>        Plaintiff<br><br>v.<br><br>BANK of AMERICA,<br>        Defendant | C.A. Number 04-40202-FDS |

### ASSENTED TO MOTON TO EXTEND SCHEDULING ORDER

NOW COMES the Plaintiff in the above titled matter and respectfully requests that this Honorable Court grant Plaintiff and Defendant, Bank of America leave to extend the scheduling order. A proposed modified Scheduling Order is attached hereto. In support of this motion the Plaintiff states as follows:

1. A third-party defendant, Sheryl Lupo, has been recently served with a Motion to Amend Pleadings to Join Third-Party Defendant, Sheryl Lupo. The proposed third-party defendant has not, to the best of Plaintiff's knowledge, opposed said Motion.

2. If this Honorable Court grants the Assented to Motion to Amend Pleadings to Join Third-Party Defendant Sheryl Lupo the case strategy of both Lupo and Bank of America may and most probably will change. A new third party defendant would necessitate additional discovery, and time to perform that discovery, designate witnesses and create dispositive motions.

3. Discovery of and by the proposed third-party defendant, Sheryl Lupo still needs to be performed, as well as additional discovery of and by Lupo and Bank of America as a result of the review of discovery already produced, and as a result of any discovery produced by the proposed third-party defendant, Sheryl Lupo.

4. Additionally, even if this Honorable Court does not grant the Assented to Motion to Amend Pleadings to Join Third-Party Defendant Sheryl Lupo both Lupo and

    BankAmerica will still need additional time as both parties have delayed further discovery in anticipation of this Honorable Court's ruling in the aforementioned Motion to Amend Pleadings.

5. The delay in both fact discovery and potential dispositive motions will necessitate a delay in the pre-trial conference.

Thus, in the interest of justice the Plaintiff respectfully requests that this Honorable Court grant Plaintiff's Assented to Motion for Extend the Scheduling Order.

| Respectfully Submitted, | Assented To: |
|---|---|
| Van A. Lupo<br>By his Counsel | Bank of America<br>By its Counsel |
| _/s/ Jill C. Shedd_<br>Jill C. Shedd<br>BBO No. 652488 | /s/ assented to signature via email<br>E. Macey Russell<br>BBO No. 542371 |
| Law Office of Jill Shedd & Associates, P.C.<br>430 Franklin Village Drive<br>#212<br>Franklin, MA. 02038<br>508-720-9267 | Choate, Hall & Stewart, LLP<br>Two International Place<br>100-150 Oliver Street<br>Boston, MA. 02110<br>617-248-5000 |

DATED:    February 13, 2006