UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VAN A. LUPO, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, and SHERYL LUPO, <br><br> Defendant | Civil Action No. 04-40202-FDS <br> Hon. F. Dennis Saylor IV <br><br> Complaint Filed: September 29, 2004 |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Christopher A. Edwards of Choate, Hall & Stewart LLP has entered an appearance in the above-entitled action on behalf of Defendant, Bank of America, N.A. (USA).

                        BANK OF AMERICA, N.A. (USA)
                        By its attorneys,

                        /s/ Christopher A. Edwards
                        E. Macey Russell, P.C. (BBO #542371)
                        Christopher A. Edwards, (BBO #640758)
                        Choate, Hall & Stewart, LLP
                        Two International Place
                        Boston, Massachusetts 02110
                        Tel: (617) 248-5000

Dated: March 9, 2006

-2-

## CERTIFICATE OF SERVICE

I, Christopher A. Edwards, an attorney for the Defendant, Bank of America, N.A. (USA), hereby certify that a copy of the above document was this date served by first-class mail upon the following:

> Jill C. Shedd, Esq.
> Law Office of Jill Shedd & Associates
> 929 Massachusetts Avenue, Level 01
> Cambridge, MA 02139

> /s/ Christopher A. Edwards
> Christopher A. Edwards

Dated: March 9, 2006