# Exhibit 1



**Mail Payment To:**

BANK OF AMERICA
P.O. BOX 85350
LOUISVILLE KY 40285-5350

SHERYL L LUPO
VAN A LUPO
1181 PACIFIC COVE LA
HUNTINGTON BH CA 92648-415981

0015859  0015541  0706426  4427100001870265
*549990011*00400001870265/

VISA  1014427100001870265199904l0
Account Number: 4427-1000-0187-0265
New Balance: $7,064.26
Minimum Payment Due: $155.41
Payment Due Date: MAY 04, 1999

Amount Enclosed: $ ☐☐☐☐☐.☐☐

MAKE CHECK PAYABLE TO: BANK OF AMERICA

DETACH HERE AND RETURN WITH REMITTANCE →

**PLATINUM PRIORITY**
Account Number 4427-1000-0187-0265

For questions or to report lost or stolen cards, call 1-800-548-2959 within the US or 1-757-677-4701 overseas collect.

### ACCOUNT INFORMATION

| New Balance | Total Credit Line | Available Credit | Cash Line | Available Cash | Statement Closing Date | Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|---|
| $7,064.26 | $7,100.00 | $35.74 | $7,100.00 | $35.00 | 04/10/99 | $155.41 | 05/04/99 |

### TRANSACTION SUMMARY

| Trans Date | Post Date | Description | Reference Number | Amount CR = Credit |
|---|---|---|---|---|
| 03-17 | 03-18 | PAYMENT RECEIVED – THANK YOU | 74356049077863016722259 | $111.60 |
| 04-05 | 04-07 | PAYMENT RECEIVED – THANK YOU | 74356049097863018751443 | $158.59 |

**PLEASE REMEMBER, IN ORDER TO AVOID LATE FEE CHARGES, YOUR MINIMUM PAYMENT SHOWN ABOVE MUST BE RECEIVED BY THE DUE DATE PRINTED ON YOUR STATEMENT.**

THE PAYMENT PROTECTION PLAN CAN HELP YOU MAKE YOUR CREDIT CARD PAYMENTS WHEN YOU CAN'T. SEE ENCLOSED INSERT FOR DETAILS. TO ENROLL, CALL 1-888-838-0056.

WELCOME TO THE NEW BANK OF AMERICA. YOU'LL NOTICE THE BANK OF AMERICA NAME AT THE TOP OF THIS STATEMENT. ALSO, THE NEW LOGO WILL APPEAR ON YOUR CREDIT CARD CORRESPONDENCE AND YOUR ACCOUNT WILL NOW BE REFERRED TO AS A BANK OF AMERICA CREDIT CARD ACCOUNT. WATCH YOUR MAIL FOR MORE INFORMATION ABOUT THE NEW BANK OF AMERICA.

### FINANCE CHARGE SUMMARY

| Billing cycle 31 days. | Balance Subject To Finance Charge | Daily Periodic Rate V = Variable F = Fixed | Corresponding Annual Percentage Rate | ANNUAL PERCENTAGE RATE | FINANCE CHARGES (Itemized) | |
|---|---|---|---|---|---|---|
| Purchases | $7,149.14 | V 0.0565753% | 20.65% | 20.65% | $125.38 | A |
| Cash Advances | $0.00 | V 0.0565753% | 20.65% | 20.65% | $0.00 | E |
| Cash Advance Fees | | | | | $0.00 | |

Balance Calculation Code See Reverse Side.

### BALANCE SUMMARY

| | |
|---|---|
| Previous Balance | $7,209.07 |
| Payments | − $270.19 |
| Credits | − $0.00 |
| Purchases & Other Charges | + $0.00 |
| Cash Advances | + $0.00 |
| Late Fee | + $0.00 |
| Overline Fee | + $0.00 |
| FINANCE CHARGE | + $125.38 |
| NEW BALANCE | $7,064.26 |

This is an electronic reproduction of the front side of your statement and does not contain the disclosures which were made on the reverse side of your original statement.