Exhibit 3

## PLATINUM PRIORITY CARD UPGRADE ACCEPTANCE FORM

X **Yes!** I would like to sign up for the NationsBank Platinum Priority Card. I understand that by accepting this offer, I and all current authorized users will receive a new NationsBank Platinum Priority Card. I will receive a new account number, and there will be no changes to my current rates or fees.

Sheryl L. Lupo
Van A. Lupo
1181 Pacific Cove Ln.
Huntington Beach, CA 92649-4151

X _[signature]_
Signature

Offer Expires: December 19, 1997

**Pin Number Selection:**

If you do not currently have one, please select a 4 digit Personal Identification Number (PIN) using letters or numbers. Please do not choose "0" or use the letters Q, Z, or O.

**Yes** I would like to add an additional embossed user. I understand that all authorized users will receive the Platinum Priority upgrade. Please issue an additional card to the individual listed:

First Name    MI    Last Name

4356-1700-0004-3854                              2200