Exhibit 4

Tran Date 5-11-98
$ 200.00





TRAN Date 5-23-98
$100.00





TRAN DATE
12-3-98
$86.02





$158.59





Tran Date
6-9-99
$155.18







VISA  1014427100001870265199980310

Account Number: 4427-1000-0187-0265

| | |
|---|---|
| New Balance: | $6,490.50 |
| Minimum Payment Due: | $0.00 |
| Payment Due Date: | APR 04, 1998 |

Amount Enclosed: $ ☐☐☐☐☐.☐☐

MAKE CHECK PAYABLE TO: NATIONSBANK OF DELAWARE, N.A.

Mail Payment To:

NATIONSBANK OF DELAWARE, N.A.
P. O. BOX 85350
LOUISVILLE KY 40285-5350

SHERYL L LUPO
VAN A LUPO
1181 PACIFIC COVE LA
HUNTINGTON BH CA 92648-415981

0010000 0000000 0649050 4427100001870265

DETACH HERE AND RETURN WITH REMITTANCE. Please write your account number on your check and remit in U.S. funds. In order to receive your payment by the due date, we suggest mailing at least five (5) business days prior to that date. See reverse side for important payment receipt information.

**PLATINUM PRIORITY**
**Account Number 4427-1000-0187-0265**

For questions or to report lost or stolen cards, call 1-800-548-2959 within the US or 1-757-677-4701 overseas collect.

### ACCOUNT INFORMATION

| New Balance | Total Credit Line | Available Credit | Cash Line | Available Cash | Statement Closing Date | Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|---|
| $6,490.50 | $7,100.00 | $609.50 | $3,000.00 | $609.00 | 03/10/98 | $0.00 | |

### TRANSACTION SUMMARY

| Trans Date | Post Date | Description | Reference Number | Amount CR = Credit |
|---|---|---|---|---|
| 02-09 | 02-11 | PAYMENT RECEIVED – THANK YOU | 74356048042863017362869 | $100.00 |
| 03-04 | 03-05 | PAYMENT RECEIVED – THANK YOU | 74356048064863018172641 | $100.00 |

YOUR MINIMUM PAYMENT IS PRE-PAID. NO MINIMUM PAYMENT IS DUE THIS MONTH. FINANCE CHARGES WILL CONTINUE TO ACCRUE ON YOUR AVERAGE DAILY BALANCE.

GET YOUR CREDIT REPORT, FREE! CALL TOLL FREE 1-800-749-7046 TO RECEIVE YOUR FREE CREDIT REPORT TODAY! FIND OUT WHAT'S ON YOUR CREDIT REPORT AND WHO PUT IT THERE!

### FINANCE CHARGE SUMMARY

| Billing cycle 28 days | Balance Subject To Finance Charge | Daily Periodic Rate V = Variable F = Fixed | Corresponding Annual Percentage Rate | ANNUAL PERCEN-TAGE RATE | FINANCE CHARGES (Itemized) | |
|---|---|---|---|---|---|---|
| Purchases | $6,282.12 | F 0.0463014% | 16.90% | 16.90% | $81.45 | A |
| Cash Advances | $192.73 | F 0.0463014% | 16.90% | 16.90% | $2.50 | E |
| Cash Advance Fees | | | | | $0.00 | |

Balance Calculation Code — See Reverse Side.

### BALANCE SUMMARY

| | |
|---|---|
| Previous Balance | $6,606.55 |
| Payments | - $200.00 |
| Credits | - $0.00 |
| Purchases & Other Charges | + $0.00 |
| Cash Advances | + $0.00 |
| Late Fee | + $0.00 |
| Overline Fee | + $0.00 |
| FINANCE CHARGE | + $83.95 |
| NEW BALANCE | $6,490.50 |

This is an electronic reproduction of the front side of your statement and does not contain the disclosures which were made on the reverse side of your original statement.



**Platinum Priority**

VISA  1014427100001870265199804l0

Account Number: 4427-1000-0187-0265

New Balance: $6,755.84
Minimum Payment Due: $0.00
Payment Due Date: MAY 05, 1998

Mail Payment To:

NATIONSBANK OF DELAWARE, N.A.
P. O. BOX 85350
LOUISVILLE KY 40285-5350

Amount Enclosed: $

MAKE CHECK PAYABLE TO: NATIONSBANK OF DELAWARE, N.A.

SHERYL L LUPO
VAN A LUPO
1181 PACIFIC COVE LA
HUNTINGTON BH CA 92648-415981

0012500 0000000 0675584 4427100001870265

DETACH HERE AND RETURN WITH REMITTANCE — Please write your account number on your check and remit in U.S. funds. In order to receive your payment by the due date, we suggest mailing at least five (5) business days prior to that date. See reverse side for important payment receipt information.

## PLATINUM PRIORITY
### Account Number 4427-1000-0187-0265

For questions or to report lost or stolen cards, call 1-800-548-2959 within the US or 1-757-677-4701 overseas collect.

### ACCOUNT INFORMATION

| New Balance | Total Credit Line | Available Credit | Cash Line | Available Cash | Statement Closing Date | Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|---|
| $6,755.84 | $7,100.00 | $344.16 | $7,100.00 | $344.00 | 04/10/98 | $0.00 | |

### TRANSACTION SUMMARY

| Trans Date | Post Date | Description | Reference Number | Amount CR = Credit |
|---|---|---|---|---|
| 04-06 | 04-08 | PAYMENT RECEIVED -- THANK YOU | 7435604809886301550235 2 | $125.00 |
| 04-08 | 04-10 | POTTERY BARN M/O   800-9229934  CA | 244180080990990275961 08 | $297.05 |

*** PLEASE NOTE THAT YOUR CASH LINE MAY HAVE CHANGED. THE PORTION OF YOUR CREDIT LINE AVAILABLE FOR CASH TRANSACTIONS IS DISPLAYED EACH MONTH ON YOUR PERIODIC STATEMENT. ***
YOUR MINIMUM PAYMENT IS PRE-PAID. NO MINIMUM PAYMENT IS DUE THIS MONTH. FINANCE CHARGES WILL CONTINUE TO ACCRUE ON YOUR AVERAGE DAILY BALANCE.

PROTECT YOURSELF AGAINST CREDIT CARD FRAUD!!!
CALL 1-800-950-5828 AND RECEIVE A TRIAL MEMBERSHIP IN HOT-LINE FOR JUST $1.

### FINANCE CHARGE SUMMARY

| Billing cycle 31 days. | Balance Subject To Finance Charge | Daily Periodic Rate V = Variable F = Fixed | Corresponding Annual Percentage Rate | ANNUAL PERCEN- TAGE RATE | FINANCE CHARGES (Itemized) | |
|---|---|---|---|---|---|---|
| Purchases | $6,321.11 | F 0.0463014% | 16.90% | 16.90% | $90.73 | A |
| Cash Advances | $177.96 | F 0.0463014% | 16.90% | 16.90% | $2.56 | E |
| Cash Advance Fees | | | | | $0.00 | |

Balance Calculation Code — See Reverse Side.

### BALANCE SUMMARY

| | |
|---|---|
| Previous Balance | $6,490.50 |
| Payments | - $125.00 |
| Credits | - $0.00 |
| Purchases & Other Charges | + $297.05 |
| Cash Advances | + $0.00 |
| Late Fee | + $0.00 |
| Overline Fee | + $0.00 |
| FINANCE CHARGE | + $93.29 |
| NEW BALANCE | $6,755.84 |

This is an electronic reproduction of the front side of your statement and does not contain the disclosures which were made on the reverse side of your original statement.



**Platinum PRIORITY**

Mail Payment To:

NATIONSBANK OF DELAWARE, N.A.
P. O. BOX 85350
LOUISVILLE KY 40285-5350

SHERYL L LUPO
VAN A LUPO
1181 PACIFIC COVE LA
HUNTINGTON BH CA 92648-415981

**VISA** 10144271000018702651998081O

Account Number: 4427-1000-0187-0265
New Balance: $6,884.43
Minimum Payment Due: $0.00
Payment Due Date: SEP 04, 1998

Amount Enclosed: $

MAKE CHECK PAYABLE TO: NATIONSBANK OF DELAWARE, N.A.

0009500 0000000 0688443 44271000001870265
*549990011*00400001870265/

DETACH HERE AND RETURN WITH REMITTANCE

**PLATINUM PRIORITY**
Account Number 4427-1000-0187-0265

For questions or to report lost or stolen cards, call 1-800-548-2959 within the US or 1-757-677-4701 overseas collect.

### ACCOUNT INFORMATION

| New Balance | Total Credit Line | Available Credit | Cash Line | Available Cash | Statement Closing Date | Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|---|
| $6,884.43 | $7,100.00 | $215.57 | $7,100.00 | $215.00 | 08/10/98 | $0.00 | |

### TRANSACTION SUMMARY

| Trans Date | Post Date | Description | Reference Number | Amount CR = Credit |
|---|---|---|---|---|
| 07-13 | 07-15 | PAYMENT RECEIVED -- THANK YOU | 74356048196863016730524 | $95.00 |
| 08-06 | 08-07 | TTA*TERRITORY AHEAD   800-882-4323 CA | 24692168218000057073351 | $145.81 |

**PLEASE REMEMBER THAT IN ORDER TO AVOID LATE FEE CHARGES, YOUR PAYMENT MUST BE RECEIVED BY THE DUE DATE PRINTED ON YOUR STATEMENT.**
YOUR MINIMUM PAYMENT IS PRE-PAID. NO MINIMUM PAYMENT IS DUE THIS MONTH. FINANCE CHARGES WILL CONTINUE TO ACCRUE ON YOUR ACCOUNT.
*********************************************************************
GETTING CASH IS FAST AND CONVENIENT WITH YOUR NATIONSBANK MASTERCARD. JUST VISIT WWW.MASTERCARD.COM FOR THE ATM LOCATION NEAREST YOU.
*
TRY TRAVELER'S ADVANTAGE FOR 3 MONTHS FOR $1 & RECEIVE A COMPLIMENTARY HOTEL NIGHT & $450 IN AIRFARE SAVING CERTIFICATES, PLUS DISCOUNTS ON VACATION PACKAGES! CALL 1-800-758-0167 FOR FULL DETAILS.
*
*********************************************************************
THE NEW SCHOOL YEAR IS JUST AROUND THE CORNER AND THERE'S NO EASIER, MORE CONVENIENT WAY TO PAY FOR SCHOOL-RELATED EXPENSES THAN WITH YOUR NATIONSBANK VISA CARD. FROM NOTEBOOKS TO SCHOOL CLOTHES AND EVEN TUITION, YOUR NATIONSBANK VISA IS ALL YOU NEED.

### FINANCE CHARGE SUMMARY

| Billing cycle 31 days. | Balance Subject To Finance Charge | Daily Periodic Rate V = Variable F = Fixed | Corresponding Annual Percentage Rate | ANNUAL PERCENTAGE RATE | FINANCE CHARGES (Itemized) | |
|---|---|---|---|---|---|---|
| Purchases | $6,689.68 | F 0.0463014% | 16.90% | 16.90% | $96.02 | A |
| Cash Advances | $29.26 | F 0.0463014% | 16.90% | 16.90% | $0.42 | E |
| Cash Advance Fees | | | | | $0.00 | |

Balance Calculation Code
See Reverse Side.

### BALANCE SUMMARY

| | |
|---|---|
| Previous Balance | $6,737.18 |
| Payments - | $95.00 |
| Credits - | $0.00 |
| Purchases & Other Charges + | $145.81 |
| Cash Advances + | $0.00 |
| Late Fee + | $0.00 |
| Overline Fee + | $0.00 |
| FINANCE CHARGE + | $96.44 |
| NEW BALANCE | $6,884.43 |

This is an electronic reproduction of the front side of your statement and does not contain the disclosures which were made on the reverse side of your original statement.



**VISA**  1014427100001870265199990310

Account Number: 4427-1000-0187-0265
New Balance: $7,209.07
Minimum Payment Due: $270.19
Payment Due Date: APR 04, 1999

Amount Enclosed: $ ☐☐☐☐☐.☐☐

MAKE CHECK PAYABLE TO: NATIONSBANK OF DELAWARE, N.A.

Mail Payment To:

NATIONSBANK OF DELAWARE, N.A.
P. O. BOX 85350
LOUISVILLE KY  40285-5350

SHERYL L LUPO
VAN A LUPO
1181 PACIFIC COVE LA
HUNTINGTON BH CA  92648-415981

0020000  0027019  0720907  4427100001870265
*549990011*00400001870265/

DETACH HERE AND RETURN WITH REMITTANCE →

## PLATINUM PRIORITY
### Account Number 4427-1000-0187-0265

For questions or to report lost or stolen cards, call 1-800-548-2959 within the US or 1-757-677-4701 overseas collect.

### ACCOUNT INFORMATION

| New Balance | Total Credit Line | Available Credit | Cash Line | Available Cash | Statement Closing Date | Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|---|
| $7,209.07 | $7,100.00 | $0.00 | $7,100.00 | $0.00 | 03/10/99 | $270.19 | 04/04/99 |

### TRANSACTION SUMMARY

| Trans Date | Post Date | Description | Reference Number | Amount CR = Credit |
|---|---|---|---|---|
| 02-24 | 02-24 | PSB*HSE BEAUTIFUL 0339   800-241-9111 OH | 24692169055000655540763 | $59.35 |
| 02-25 | 02-26 | BARRONS #98 *3663211   800-762-7145 MI | 24616149056642926310569 | $76.90 |

YOUR ACCOUNT IS 1 PAYMENT PAST DUE IN THE AMOUNT OF $111.60.
PLEASE MAIL YOUR PAYMENT TODAY.
**PLEASE REMEMBER THAT IN ORDER TO AVOID LATE FEE CHARGES, YOUR PAYMENT MUST BE RECEIVED BY THE DUE DATE PRINTED ON YOUR STATEMENT.**

### FINANCE CHARGE SUMMARY

| Billing cycle 28 days. | Balance Subject To Finance Charge | Daily Periodic Rate V = Variable F = Fixed | Corresponding Annual Percentage Rate | ANNUAL PERCENTAGE RATE | FINANCE CHARGES (Itemized) | |
|---|---|---|---|---|---|---|
| Purchases | $7,069.91 | F 0.0463014% | 16.90% | 16.90% | $91.66 | A |
| Cash Advances | $0.00 | F 0.0463014% | 16.90% | 16.90% | $0.00 | E |
| Cash Advance Fees | | | | | $0.00 | |

Balance Calculation Code See Reverse Side.

### BALANCE SUMMARY

| Previous Balance | $6,956.16 |
|---|---|
| Payments − | $0.00 |
| Credits − | $0.00 |
| Purchases & Other Charges + | $136.25 |
| Cash Advances + | $0.00 |
| Late Fee + | $25.00 |
| Overline Fee + | $0.00 |
| FINANCE CHARGE + | $91.66 |
| NEW BALANCE | $7,209.07 |

This is an electronic reproduction of the front side of your statement and does not contain the disclosures which were made on the reverse side of your original statement.

# Platinum PRIORITY℠

**Mail Payment To:**

BANK OF AMERICA
P. O. BOX 85350
LOUISVILLE KY 40285-5350

SHERYL L LUPO
VAN A LUPO
1181 PACIFIC COVE LA
HUNTINGTON BH CA 92648-415981

0016000 0015518 0705369 4427100001870265
*549990011*00400001870265/

**VISA®**  1014427100001870265199990510

| | |
|---|---|
| Account Number: | 4427-1000-0187-0265 |
| New Balance: | $7,053.69 |
| Minimum Payment Due: | $155.18 |
| Payment Due Date: | JUN 04, 1999 |
| Amount Enclosed: | $ |

MAKE CHECK PAYABLE TO:  BANK OF AMERICA

DETACH HERE AND RETURN WITH REMITTANCE →

**PLATINUM PRIORITY**
Account Number 4427-1000-0187-0265

For questions or to report lost or stolen cards, call 1-800-548-2959 within the US or 1-757-677-4701 overseas collect.

## ACCOUNT INFORMATION

| New Balance | Total Credit Line | Available Credit | Cash Line | Available Cash | Statement Closing Date | Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|---|
| $7,053.69 | $7,100.00 | $46.31 | $7,100.00 | $46.00 | 05/10/99 | $155.18 | 06/04/99 |

## TRANSACTION SUMMARY

| Trans Date | Post Date | Description | Reference Number | Amount CR = Credit |
|---|---|---|---|---|
| 05-06 | 05-10 | PAYMENT RECEIVED -- THANK YOU | 743560491298630205015l5 | $160.00 |

**PLEASE REMEMBER, IN ORDER TO AVOID LATE FEE CHARGES, YOUR MINIMUM PAYMENT SHOWN ABOVE MUST BE RECEIVED BY THE DUE DATE PRINTED ON YOUR STATEMENT.**

WELCOME TO THE NEW BANK OF AMERICA. YOU'LL NOTICE THE BANK OF AMERICA NAME AT THE TOP OF THIS STATEMENT. ALSO, THE NEW LOGO WILL APPEAR ON YOUR CREDIT CARD CORRESPONDENCE AND YOUR ACCOUNT WILL NOW BE REFERRED TO AS A BANK OF AMERICA CREDIT CARD ACCOUNT. WATCH YOUR MAIL FOR MORE INFORMATION ABOUT THE NEW BANK OF AMERICA.

## FINANCE CHARGE SUMMARY

| Billing cycle 30 days | Balance Subject To Finance Charge | Daily Periodic Rate V = Variable F = Fixed | Corresponding Annual Percentage Rate | ANNUAL PERCENTAGE RATE | FINANCE CHARGES (Itemized) | |
|---|---|---|---|---|---|---|
| Purchases | $7,095.79 | V 0.0565753% | 20.65% | 20.65% | $120.43 | A |
| Cash Advances | $0.00 | V 0.0565753% | 20.65% | 20.65% | $0.00 | E |
| Cash Advance Fees | | | | | $0.00 | |

Balance Calculation Code
See Reverse Side.

## BALANCE SUMMARY

| | |
|---|---|
| Previous Balance | $7,064.26 |
| Payments | - $160.00 |
| Credits | - $0.00 |
| Purchases & Other Charges | + $0.00 |
| Cash Advances | + $0.00 |
| Late Fee | + $29.00 |
| Overline Fee | + $0.00 |
| FINANCE CHARGE | + $120.43 |
| NEW BALANCE | $7,053.69 |

and does not contain the disclosures which were made on the reverse side of your original statement.