# Exhibit 5

28032 051268

AUG 9 2000
BANK OF AMERICA NA
CREDIT/NEW ACCTS

# TRANSFER OF RESPONSIBILITY FORM (Part 1)

TO BE COMPLETED BY PERSON TAKING PAYMENT RESPONSIBILITY

**Responsibility and Account Usage**

I, __Van Lupo__ request that __my name & responsibilty__ be removed from this account relieving them of payment responsibility and further use of this account. I agree to assume full responsibility for all current and future balances on this account. If the Bank denies this request, the account will be cancelled and I understand that all parties to my account will remain jointly and individually responsible for any unpaid balance.

**Overdraft Protection (For Bank of America Checking Accounts Only)**    NA    UTL

( ) I do not currently have this service.
( ) Please continue this service. There is no change to my checking account number.
( ) Please transfer this service to my new checking account.
    Checking Account Number _____
    ( ) Please enclose a voided deposit slip
    This change will interrupt service for 3 to 5 business days from the date the request is processed.
( ) Please cancel this service.

**Automatic Payment Service**    NA    4427-1000-0187-0265

( ) I do not currently have this service.                Van Lupo
( ) Please continue this service. There is no change to my checking account number.
( ) Please transfer this service to my new checking account.
    Checking Account Number _____
    ( ) Please enclose a voided deposit slip
        Check One ( ) Minimum Payment   ( ) Payment in Full
( ) Please cancel this service.

**Personal Information**

Street __1181 Pacific Cove Ln__
City __HB__   State __Ca__   Zip __92648__
Home Phone (714) 536-8768   Work Phone ( ) —
Employer's Name __NA__
Employer's Address __NA__
Occupation __NA__   How Long _____   Monthly Income $ _____
Other Income $ __500__   Source __Consulting__   Monthly Amount $ __500__

Signature __Van Lupo__   Date __8-7-00__
__Sheryl Lupo__

I authorize the Bank to verify my information and to obtain additional information from me, credit bureaus, and other third parties in order to make its credit decision. I also agree that the Bank may lower the credit line on my account based on my current financial and credit information.

NATB10-0034

## ASSUMPTION OF RESPONSIBILITY FORM (Part 2)

**TO BE COMPLETED BY PERSON REQUESTING TO BE REMOVED FROM ACCOUNT**

I, _Dan A Lupo_ (Name) request that my name be removed from this account. I understand that my request is subject to the assumption of payment responsibility by _____ and the Bank's approval of such assumption. If the request to assume liability is denied, all parties will remain jointly and severally liable for any remaining account balance. If the request to assume liability is denied, the account will be cancelled and I will be responsible for the remaining balances and for new charges made by me. I will not be responsible for any new transactions made by any other person(s) listed on this account. I understand that if my name is removed, the credit history established for this account may be deleted from my credit file. I understand further that I may apply for a new account in my name only, subject to the Bank's approval.

**Account Number(s)**           _Acct closed_

**Overdraft Protection**
I understand that if my request is approved, I will not be able to access my existing Instant Cash Overdraft Protection associated with this account.

**Personal Information:**
Address _1181 Pacific Cove Ln_
City _Hunt Bch_   State _Ca_   Zip _92648_
Home Phone _(714-536-8768)_   Work Phone _(949-790-2084)_

**To Be Completed By All Parties**
By signing below, we understand and agree that each of us will be liable on this account until the Bank approves the changes requested on this form. However, the party requesting to be removed from the account will not be responsible for new charges made by the other party after the Bank approval of the request for removal. We have destroyed all outstanding cards for this account except those issued in the name of the cardmember assuming primary payment responsibilty.

| Party Keeping Account | Social Security _acct closed_ | Date |

| Party Keeping Account | Social Security | Date |

| Party Not Keeping Account | Social Security | Date |

( __ ) If other liable parties cannot be located for signature, please indicate by checking here. If approved, your outstanding balance will be transferred to the new account. In order to ensure that charges do not continue to post to the old account all cards must be destroyed.

NATB11-004B