# Exhibit 6



VISA  1014427100001870265200001110

Account Number: 4427-1000-0187-0265
New Balance: $7,623.49
Minimum Payment Due: $945.11
Payment Due Date: DEC 05, 2000

Amount Enclosed: $

Mail Payment To:

BANK OF AMERICA
PO BOX 5270
CAROL STREAM IL  60197-5270

MAKE CHECK PAYABLE TO: BANK OF AMERICA

SHERYL L LUPO
VAN A LUPO
1181 PACIFIC COVE LA
HUNTINGTON BH CA  92648-415981

0015000 0094511 0762349 4427100001870265

DETACH HERE AND RETURN WITH REMITTANCE

## PLATINUM
### Account Number 4427-1000-0187-0265

For questions or to report lost or stolen cards, call 1-800-548-2959 within the US or 1-757-677-4701 overseas collect.

### ACCOUNT INFORMATION

| New Balance | Total Credit Line | Available Credit | Cash Line | Available Cash | Statement Closing Date | Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|---|
| $7,623.49 | $0.00 | $0.00 | $0.00 | $0.00 | 11/10/00 | $945.11 | 12/05/00 |

### TRANSACTION SUMMARY

| Trans Date | Post Date | Description | Reference Number | Amount CR = Credit |
|---|---|---|---|---|
| 11-06 | 11-06 | LATE PAYMENT FEE | | $29.00 |
| 11-10 | 11-10 | OVERLIMIT FEE ASSESSED FOR NOV 06, 2000 | | $29.00 |

YOUR ACCOUNT IS SERIOUSLY DELINQUENT IN THE AMOUNT OF $777.39.
PLEASE CALL 1-800-548-1711 TO AVOID ADDITIONAL COLLECTION MEASURES.

### FINANCE CHARGE SUMMARY

| | Balance Subject To Finance Charge | Daily Periodic Rate V = Variable F = Fixed | Corresponding Annual Percentage Rate | ANNUAL PERCENTAGE RATE | FINANCE CHARGES (Itemized) |
|---|---|---|---|---|---|
| Billing cycle 31 days. | | | | | |
| Purchases | $7,496.30 | V 0.0613700% | 22.40% | 22.40% | $142.62 |
| Cash Advances | $0.00 | V 0.0613700% | 22.40% | 22.40% | $0.00 |
| Cash Advance Fees | | | | | $0.00 |

### BALANCE SUMMARY

| Previous Balance | $7,422.87 |
|---|---|
| Payments | - $0.00 |
| Credits | - $0.00 |
| Purchases & Other Charges | • $0.00 |
| Cash Advances | • $0.00 |
| Late Payment Fee | • $29.00 |
| Overlimit Fee | • $29.00 |
| FINANCE CHARGE | • $142.62 |
| NEW BALANCE | $7,623.49 |

This is an electronic reproduction of the front side of your statement and does not contain the disclosures which were made on the reverse side of your original statement.