| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):<br>617-248-5000<br>CHOATE HALL & STEWART, LLP.<br>TWO INTERNATIONAL PLACE<br>BOSTON MA 02110<br>ATTORNEY FOR (Name): | TELEPHONE NO.:<br><br>Ref. No. or File No.: | FOR COURT USE ONLY |
|---|---|---|

Insert name of court and name of judicial district and branch court if any:

PLAINTIFF:
DEFENDANT: LUPO V. BANK OF AMERICA

| PROOF OF SERVICE<br>Personal Service | HEARING DATE: | HEARING TIME: | DEPT./DIV.: | CASE NUMBER:<br>04-40202-FDS |
|---|---|---|---|---|

## PERSONAL SERVICE

**Instruction:** *After having the other party served with a copy of the document identified in item 1, attach a completed Proof of Servi to the original or to a true copy of the original and give it to the clerk for filing. Neither the plaintiff nor the defendant can serve these papers.*

DEFENDANT BANK OF AMERICA, N.A. (USA)'S ASSENTED-TO MOTION FOR LEAVE TO FILE ITS VERIFIED ANSWER TO THE AMENDED COMPLAINT; AMENDED COUNTERCLAIM AND CROSS-CLAIM AGAINST SHERYL LUPO

2. Person served *(name)*:
   SHERYL LUPO, BY LEAVING COPIES WITH SHIRLEY STRONER, CO-OCCUPANT.

3. By personally delivering copies to the person served, as follows:

   (1) Date: 3/31/2006    (2) Time: 5:28 PM

   (3) Address: 9081 ALOHA DR, HUNTINGTON BEACH, CA 92646

4. At the time of service I was at least 18 years of age and **not a party to this cause.**

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

6. Fee for Service: $85.00

BAKERSFIELD LEGAL PROCESS SERVICE
3845 STOCKDALE HIGHWAY, SUITES 101-104
BAKERSFIELD, CA 93309
DIRECT : (661) 837-4506

21892

☐ Exempt from registration under B&P 22350(b).
☒ Registered California process server.
☐ Employee or independent contractor
   (2) Registration No.: #5055-LOS ANGELES
   (3) County

Date: 3/31/2006

LIVINGSTON BECKFORD
(TYPE OR PRINT NAME)

(SIGNATURE)

PROOF OF SERVICE
Personal Service                                LUPO V. BANK OF AMERICA