# EXHIBIT A





**Bank of America**

0015000 1481400 1481400 4427100001870265

| | Payment Coupon |
|---|---|
| Account Number | 4427 1000 0187 0265 |
| New Balance | $14,814.00 |
| Past Due Amount | $14,608.60 |
| Payment Due Date | 06/22/04 |
| Total Minimum Payment Due | $14,814.00 |
| Amount Enclosed | $ |

BANK OF AMERICA
PO BOX 5270
CAROL STREAM  IL  60197-5270

SHERYL L LUPO
VAN A LUPO
2 FRANKLIN ST
NAPA, CA  94559-3904

Make check or money order payable to Bank of America


*[handwritten: "Napa valley address" with arrow pointing to address]*

---

SHERYL L LUPO
VAN A LUPO

**Account Number:**   4427 1000 0187 0265

### Your Bank of America Platinum Visa® Account

| Total Credit Line | $0.00 | Available Credit | $0.00 |
|---|---|---|---|
| Cash Limit | $0.00 | Available Cash | $0.00 |
| Overlimit Amount | $7,714.00 | Billing Date | 05/28/04 |
| Minimum Payment Due | $14,814.00 | Payment Due Date | 06/22/04 |

24-Hour Customer Service   1.800.732.9194      Pay online! Visit
For Lost or Stolen Cards   1.800.848.6090      www.bankofamerica.com

**Bank of America**

**Customer Corner**

NOTE: The dollar value displayed in the Overlimit Amount on this statement does not include any overlimit fee charged in the current billing cycle. As disclosed, the Minimum Payment Due calculation does include the overlimit fee.

---

**Transactions**   View recent transactions and pay your bill online at www.bankofamerica.com.

| POST. DATE | TRANS. DATE | REF. NO. | DESCRIPTION | AMOUNT CR=CREDIT |
|---|---|---|---|---|
| May 28 | May 28 | | PERIODIC FINANCE CHARGE | $205.40 |

### Account Summary

| | | |
|---|---|---|
| Previous Balance | | $14,608.60 |
| Purchases | + | $0.00 |
| Cash Advances | + | $0.00 |
| Other Debits | + | $0.00 |
| Credits | - | $0.00 |
| FINANCE CHARGE | + | $205.40 |
| Payments | - | $0.00 |
| New Balance | = | $14,814.00 |

### Finance Charge Summary

| | Corresponding APR | Daily (D) / Monthly (M) Periodic Rate | Average Daily Balance (ADB) | Minimum (M) / Periodic (P) Charge |
|---|---|---|---|---|
| Purchases | 16.990% | 0.04655% v D | $14,707.66 | $205.40 P |
| Cash | 19.990% | 0.05477% v D | $0.00 | $0.00 P |

**ANNUAL PERCENTAGE RATE 16.990%**                    v=Variable

Please remit this Overlimit amount to us immediately or call: 1.800.633.5518.

BA000097

This is an electronic reproduction of the front side of your statement and does not contain the disclosures which were made on the reverse side of your original statement

**EXHIBIT B**

```
 1  Robert Glasser, Esq. (SBN: 047291)
    GLASSER AND SMITH, A.P.C.
 2  901 Dove Street, Suite 299
    Newport Beach, California 92660-3036
 3  Telephone: (949)752-2727
 4
 5  Attorney for Petitioner VAN LUPO
```

                    FILED
              ORANGE COUNTY SUPERIOR COURT

                    JUL 29 2002

              ALAN SLATER, Executive Officer/ Clerk
                    L. Taheri
                    BY L. TAHERI

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## IN AND FOR THE COUNTY OF ORANGE

| | |
|---|---|
| In re the Marriage of: | Case No. 00D 008 449 |
| Petitioner: **VAN LUPO** | **STIPULATION AND ORDER** |
| and | |
| Respondent: **SHERYL LUPO** | |

The parties by and through their respective counsel of record, ROBERT GLASSER of Glasser & Smith, APC, for Petitioner, VAN LUPO, and VALERIE RYALL HOSFORD of Hosford & Hosford, counsel for Respondent, SHERYL LUPO, hereby stipulate the court enter the following orders:

1. Petitioner/Husband shall pay for the benefit of Respondent/Wife an Automobile Component of Spousal Support as follows:

   a. Commencing February 23, 2002 Petitioner will provide the payments on the Mercedes Benz 280C automobile Respondent is driving, a value of $730.00 per month based on a monthly lease payment of $570.00, $100/$300 liability and collision insurance, and tax and registration of $35.00 per month. Respondent is awarded any residuary value of the lease. After January 1, 2003, Petitioner has the option to satisfy his support obligation under this component by purchasing the leased vehicle outright and transferring it to Respondent. In this event, Petitioner will be responsible only for maintaining the insurance, tax, and

registration on this vehicle until February 22, 2007.

2. Petitioner shall pay for the benefit of Respondent a Life Insurance Component of Spousal Support as follows:

    a. Petitioner will obtain and pay for a level term life insurance policy in the amount of $500,000.00. Respondent will be named the irrevocable beneficiary on said policy. Said policy will be paid for by Petitioner and purchased from a life insurance company having at least a "AA" rating from Standard & Poors. Petitioner will take all actions, including submission to physical examinations, in a prompt manner to obtain and maintain the life insurance policy. Petitioner will provide proof of coverage and the designation of beneficiary.

3. As and for a Cash Component of Spousal Support Petitioner shall pay directly to Respondent thirty (30%) percent of all gross taxable self employment income (gross receipts less reasonable business expenses) in excess of $5,006.67 per month ("excess income") up to payment of $3,000.00 per month to Respondent/Wife. Regardless that Petitioner may receive no excess income, he shall still pay Respondent $500.00 cash per month, which amount is a part of and shall be a credit against the percentage of excess income payable to Respondent for that month.

4. Said support shall commence May 5, 2002 and continue thereafter until further order of the court.

5. For purposes of payment of the Cash Component,

    a. Thirty percent (30%) of such excess income received in a calendar month shall be divided by twelve (12), and that twelfth amount shall be payable to Respondent one-half by the 5th day and one-half by the 20th day of each month thereafter for twelve months.

    b. By the 20th day of each month Petitioner shall provide Respondent with an accounting of such excess income showing the gross receipt(s), and the applicable expenses for the prior month.

6. Currently Petitioner has monthly gross receipts of $3,600.00 and reasonable month business expenses of $1,500.00 from Decision Base, which income is from an independent contractor agreement, terminable at will.

7. Petitioner shall not have credit for the difference in the amount that the Auto and Insurance Components are in excess of the amount of spousal support that a guideline recommended spousal support calculation based on his current gross taxable self-employment income would otherwise require him to pay. Petitioner shall have credit for the $500.00 per month payment described in paragraph 3. above, which credit shall be against the payment of the percentage of the excess income up to the $3,000.00 limit for that month.

**IT IS SO STIPULATED:**

Dated: 6-20-02

Van Lupo - Petitioner

Dated: 6-11-02

Sheryl Lupo - Respondent

**APPROVED AS TO FORM:**

Dated: June 21 2002

ROBERT GLASSER
Of Glasser & Smith, APC
Attorney for Van Lupo - Petitioner

Dated: _____

Subbed Out See Sub of Atty
STEPHEN HOSFORD
Of Hosford & Hosford
Attorneys for Sheryl Lupo - Respondent

**IT IS SO ORDERED:**

Dated: FEB 29 2002

RICHARD G. VOGL
RICHARD G. VOGL
Commissioner of the Superior Court

**STIPULATION AND ORDER**

# EXHIBIT C

# LAW OFFICE OF JILL SHEDD & ASSOCIATES, P.C.
## COUNSELORS AT LAW

---

### FACSIMILE TRANSMITTAL SHEET

| TO: Attorney Christopher Edwards | FROM: Jill Shedd |
|---|---|
| COMPANY: Choate, Hall & Stewart LLP | DATE: 3/10/2006 |
| FAX NUMBER: 617-248-4000 | TOTAL NO. OF PAGES INCLUDING COVER: 19 |
| PHONE NUMBER: 617-248-5221 | SENDER'S REFERENCE NUMBER: 04-40202-FDS |
| RE: Lupo v Bank of America | YOUR REFERENCE NUMBER: |

☐ URGENT  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☐ PLEASE RECYCLE

---

NOTES/COMMENTS:

Attorney Edwards,

As I mentioned in our brief conversation this afternoon, the information and belief on which you base your new counts against my client (Count V and Count V) are simply not true. To that end I am faxing you the following:

- California Family Court Order amending alimony payment to $500/month
- Tax information of Mr. Lupo from 2002 to 2004 clearly showing that he is indeed self-employed and paying self-employment taxes.

Additionally, and as we discussed I will be out of the country for the next two weeks. You agreed that if you file your Amended Answer that contains new counts against my client you will not move to "default" my client in my absence.

Finally, my client would like to settle his portion of this lawsuit. He is willing to come to reasonable terms with your client, please have either Attorney Russell or yourself contact my office at your earliest convenience to discuss said issue.

Regards,

Jill Shedd  *[signature: Jill Shedd]*

---

430 FRANKLIN VILLAGE DRIVE #212
FRANKLIN, MA 02038
508-720-9267 PHONE
508-473-3817 FAX
INFO@SHEDDLAW.COM
WWW.SHEDDLAW.COM

**hp officejet d135**
**printer/fax/scanner/copier**

**Fax-History Report** for
Jill Shedd
1-508-473-3817
Mar 10 2006 1:59pm

## Last Transaction

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Mar 10 | 1:46pm | Fax Sent | 16172484000 | 12:55 | 19 | OK |


