# EXHIBIT A1

**Law Office of Jill Shedd & Associates, P.C.**

*Counselors at Law*

# NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE

**TO:**_____ *Kenneth D. Lewis* _____

as _____ *President* _____ of _____ *Bank of America* _____

A lawsuit as been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the District. of Massachusetts and has been assigned docket number *04 - 40202 FDS*

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you. with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the Waiver within *20* _____days after the date designated below as the date on which this notice was sent. I enclose a stamped and addressed envelope for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent.

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the FederalRules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service.

*430 Franklin Village Drive*
*#212*
*Franklin, MA. 02038*

*508-720-9267 phone*

*info@sheddlaw.com*

*929 Massachusetts Avenue*
*Level 01*
*Cambridge, MA. 02139*

*617-576-5500 phone*

# WAIVER OF SERVICE OF SUMMONS

**TO:** _____Attorney Jill Shedd_____

I , _____, acknowledge receipt of your request that I waive service of

Summons in the action of ____Van A. Lupo vs. BankAmerica Corporation._____

which is case number _____04-40202-FDS_____in the United States District Court for

the _____Western_____ District of ___Massachusetts_____:

I have also received a copy of the complaint in the action, two copies of this instrument, and a means

by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this

lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial

process in the manner provided by Rule 4.

I {or the entity on whose behalf I am acting) will retain all defenses and objections to the lawsuit or

to the jurisdiction or venue of the court except for objections based on a defect in the summons or in

the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if

an answer or motion under Rule 12 is not served upon you within 60 days after ___10/14/2004____ or

within 90 days after the date if the request was sent outside the United States.

_____
Date

_____
Signature

Printed Name:_____

As _____ of _____
   Title                              Corporate Defendant

nklin, MA. 02038

IMPORTANT TIME SENSiTive
LEGAL DocumEnTs ENCLOSED

Kenneth D. Lewis
Bank of America, Inc.
100 North Tryon Street
Charlotte, NC. 28255

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 If Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ISAAC AMOAH   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery  OCT 1 7 2004

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

Kenneth D Lewis
Bank of America, Inc.
100 North Tryon Street
Charlotte, NC
           28255

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

   7003 1680 0002 4484 2933

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

CHARLOTTE NC 28255

| | | | |
|---|---|---|---|
| Postage | $ | 0.83 | UNIT ID: 0419 |
| Certified Fee | | 2.30 | |
| Return Receipt Fee (Endorsement Required) | | 1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | | Clerk: KWTVCX |
| Total Postage & Fees | $ | | |

2004

Sent To   Kenneth Lewis - Bank of America
Street, Apt. No.; or PO Box No.   100 North Tryon St
City, State, ZIP+4   Charlotte NC 28255

PS Form 3800, June 2002    See Reverse for Instructions

7003 1680 0002 4484 2933

# EXHIBIT A

```
*** 123574225-001 ***          YOUR TRANS UNION FILE NUMBER: 123574225
P.O. BOX 2000                   PAGE  1 OF  9
CHESTER, PA 19022               DATE THIS REPORT PRINTED: 12/19/2003

    RETURN SERVICE REQUESTED    SOCIAL SECURITY NUMBER: 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
                                BIRTH DATE:             07/1957
                                YOU HAVE BEEN IN OUR FILES SINCE: 07/1977
                                PHONE: 479-3707
```

CONSUMER REPORT FOR:


    *****
    LUPO, VAN, ANTHONY
    61 NECK HILL RD
    HOPEDALE, MA 01747


FORMER ADDRESSES REPORTED:

  57 BLACKSTONE ST, BELLINGHAM, MA 02019
  1181 PACIFIC COVE LN, HUNTINGTON BEACH, CA 92648

EMPLOYMENT DATA REPORTED:

  VENTRICOM INC                 PHOENIX TECHNOLO
  DATE REPORTED: 12/2000        DATE REPORTED: 02/1995

  JANSEN ASSC
  DATE REPORTED: 12/1982

                    YOUR CREDIT INFORMATION
_____

THE FOLLOWING ACCOUNTS CONTAIN INFORMATION WHICH SOME CREDITORS MAY CONSIDER T
BE ADVERSE. ADVERSE ACCOUNT INFORMATION MAY GENERALLY BE REPORTED FOR 7 YEARS
FROM THE DATE OF THE FIRST DELINQUENCY, DEPENDING ON YOUR STATE OF RESIDENCE.
THE ADVERSE INFORMATION IN THESE ACCOUNTS HAS BEEN PRINTED IN >BRACKETS< FOR
YOUR CONVENIENCE, TO HELP YOU UNDERSTAND YOUR REPORT. THEY ARE NOT BRACKETED
THIS WAY FOR CREDITORS. (NOTE: THE ACCOUNT # MAY BE SCRAMBLED BY THE CREDITOR
FOR YOUR PROTECTION).

  BANK OF AMERICA NA      # 4427100001870265    REVOLVING ACCOUNT
  ACCOUNT CLOSED BY CONSUMER                    CREDIT CARD
      UPDATED  11/2003  BALANCE:      $13610    JOINT ACCOUNT
      OPENED   09/1992  MOST OWED:     $6599    CREDIT LIMIT:     $7100
      CLOSED   01/2001  >PAST DUE:    $13411<
  >STATUS AS OF 01/2001: CHARGED OFF AS BAD DEBT<

  HOMECOMING FINANCIAL NET # 431193077          MORTGAGE ACCOUNT
  CLOSED                                        CONVENTIONAL REAL ESTATE MTG
      UPDATED  12/2001  BALANCE:          $0    INDIVIDUAL ACCOUNT
      OPENED   01/1999  MOST OWED:  $319200     PAY TERMS: 360 MONTHLY $2540
      CLOSED   12/2001
  >STATUS AS OF 12/2001: 30 DAYS PAST DUE<
  >IN PRIOR 30 MONTHS FROM DATE CLOSED  1 TIME 30 DAYS LATE<
```

# EXHIBIT B

*** 123574225-004 ***
P.O. Box 2000
Chester, PA 19022

YOUR TRANS UNION FILE NUMBER: 123574225
PAGE  1 OF  9
DATE THIS REPORT PRINTED: 02/26/2004

RETURN SERVICE REQUESTED

SOCIAL SECURITY NUMBER: 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
BIRTH DATE:            07/1957
YOU HAVE BEEN IN OUR FILES SINCE: 07/1977
PHONE: 479-3707

CONSUMER REPORT FOR:

32 00000006 0001 C692VWII

*****
LUPO, VAN, ANTHONY
61 NECK HILL RD
HOPEDALE, MA 01747

FORMER ADDRESSES REPORTED:

1181 PACIFIC COVE LN, HUNTINGTON BEACH, CA 92648
430 FRANKLIN VILL DR 212, FRANKLIN, MA 02038

EMPLOYMENT DATA REPORTED:

DEPT OF PUBLIC HEALTH
DATE REPORTED: 02/2004

VENTRICOM INC
DATE REPORTED: 12/2000

PHOENIX TECHNOLO
DATE REPORTED: 02/1995

JANSEN ASSC
DATE REPORTED: 12/1982

---

### INVESTIGATION RESULTS

WE HAVE COMPLETED OUR REINVESTIGATION AND THE RESULTS ARE SHOWN BELOW.

| ITEM | DESCRIPTION | RESULTS |
|---|---|---|
| BANK OF AMERICA NA | # 4427100001870265 | VERIFIED, NO CHANGE |
| DAIMLERCHRYLER SRV NTO | # 1100514170219001 | VERIFIED, NO CHANGE |
| DAIMLERCHRYLER SRV NTO | # 1100107380219001 | NEW INFORMATION BELOW |
| HOUSEHOLD FINANCE | # 216601000952338 | VERIFIED, NO CHANGE |
| HOMECOMINGS FINANCIAL NE | # 80200589961911001 | NEW INFORMATION BELOW |
| NORDSTROM FSB | # 84143061 | DELETED |
| HOUSEHOLD FINANCE | # 710001135429 | NEW INFORMATION BELOW |
| FIRST USA BANK NA | # 4246152013772095 | DELETED |
| WELLS FARGO BANK | # 6251900917232092 | DELETED |
| LIMITED EXPRESS | # 314333782 | DELETED |

VTUECR

# EXHIBIT C

# *Law Office of Jill Shedd & Associates, P.C.*

*Counselors at Law*

May 27, 2004

Credit Bureau Disputes
VA6-300-08-09
PO Box 1598
Norfolk, VA.  23501

**VIA FACSIMILE AND CERTIFIED MAIL**

RE: Van Lupo

To whom it may concern:

I have been retained by Mr. Lupo to investigate a Bank of America charge card that showed up on December, 2003 credit reports from the three main credit reporting agencies.  As you should be aware under 15 U.S.C. §1643 and under M.G.L. ch.140D §26 a cardholder is only liable for the unauthorized use of a credit card up to fifty ($50.00) dollars.  In addition, these laws further state that "in any action by a card issuer to enforce liability for the use of a credit card, the burden of proof is upon the card issuer to show that the use was authorized ...".  Mr. Lupo contends that he did not authorize the issuance of this card and requests proof that he signed said card application via the signature card you should have on record.

Here is the pertinent information that should assist you in obtaining the needed information:

Name: Van Anthony Lupo
SSN:  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
Address:
      61 Neck Hill Road
      Hopedale, MA.  01747
Phone Number:
      508-453-0056
Alleged Account Number:
      442710000001870265

430 Franklin Village Drive
#212
Franklin, MA.  02038

508-720-9267 phone
508-473-3817 fax

info@sheddlaw.com
www.sheddlaw.com

929 Massachusetts Avenue
Level 01
Cambridge, MA.  02139

617-576-5500 phone
617-868-2520 fax

I would appreciate a quick response as this "charge off as bad debt" rating on his credit card is hurting his ability to apply for credit. I would also appreciate that you correspond with me on this matter at my Franklin, MA address which is:

430 Franklin Village Drive
#212
Franklin, MA. 02038
508-720-9267
508-574-3817 (fax)
jshedd@sheddlaw.com

Regards,

Jill Shedd

Jill Shedd

mlc/JCS
Cc:     Van Lupo
Enc:    Copy of credit report

2



7003 1680 0002 4484 2□

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

NORFOLK, VA 23504-0201S

Postage $ 0.37

Certified Fee

Return Reciept Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

UNIT ID: 0419

Clerk: KK3P2J

05/28/04

MAY 28 2004    Postmark
Here

USPS

Sent To
Bank America VA6-360-0809

Street, Apt. No.
or PO Box No.    PO Box 1598

City, State, ZIP+4    Norfolk, VA 23501

PS Form 3800, June 2002        See Reverse for Instructions

LAW OFFICE OF JILL SHEDD & ASSOCIATES

*COUNSELORS AT LAW*

---

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: **Credit Disputes Bureau** | FROM: **Jill Shedd** |
| COMPANY: **BankAmerica** | DATE: **5/27/2004** |
| FAX NUMBER: **757-677-4877 4874** | TOTAL NO. OF PAGES INCLUDING COVER: **4** |
| PHONE NUMBER: **800-732-9194** | SENDER'S REFERENCE NUMBER: |
| RE: **Proof of signature** | YOUR REFERENCE NUMBER: **CONS-LUP001** |

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLE

NOTES/COMMENTS:

---

430 FRANKLIN VILLAGE DRIVE #212
FRANKLIN, MA 02038
508-720-9267  PHONE
508-473-3817 FAX

929 MASSACHUSETTS AVEN
CAMBRIDG
617-576-
617-

INFO@SHEDDLAW.COM
WWW.SHEDDLAW.COM

hp officejet d135
printer/fax/scanner/copier

**Fax-History Report** for
Jill Shedd
1-508-966-2420
May 27 2004 4:23pm

## Last Transaction

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| May 27 4:22pm | | Fax Sent | 17576774874 | 1:08 | 4 | OK |

# EXHIBIT D

Printable report

*experian*

⊠ Close window

Report Number:
**3171077726**

Online Personal Credit Report from
Experian for VAN ANTHONY LUPO

Report Date:July 23, 2004

Index:
- Potentially negative items
- Accounts in good standing
- Requests for your credit history
- Personal information
- Important message from Experian
- Contact us

**Print report**

Experian collects and organizes information about you and your credit history from public records, your creditors and other reliable sources. Experian makes your credit history available to your current and prospective creditors, employers and others as allowed by law, which can expedite your ability to obtain credit and can make offers of credit available to you. We do not grant or deny credit; each credit grantor makes that decision based on its own guidelines.

back to top

## Potentially Negative Items

### Credit Items

For your protection, the last few digits of your account numbers do not display.

**BANK OF AMERICA**
Address:
1825 E BUCKEYE RD
PHOENIX, AZ  85034

Account Number:
442710000187....

Status: Account charged off/Past due 150 days. $8,001 written off. $14,809 past due as of 6-2004.

| | | |
|---|---|---|
| Date Opened:<br>09/1992 | Type:<br>Revolving | Credit Limit/Original<br>Amount:<br>$7,100 |
| Reported Since:<br>05/1994 | Terms:<br>NA | High Balance:<br>$15,029 |
| Date of Status:<br>01/2001 | Monthly Payment:<br>$0 | Recent Balance:<br>$15,029 as of 06/2004 |
| Last Reported:<br>06/2004 | Responsibility:<br>Joint with SHERYL L LUPO | Recent Payment:<br>$0 |

Your statement :
Account closed at consumer's request

Account History:
Charge Off as of 6-2004, 5-2004, 4-2004, 3-2004, 2-2004,
1-2004, 12-2003, 11-2003, 10-2003, 9-2003, 8-2003, 7-

Printable report

2003, 6-2003, 5-2003, 4-2003, 3-2003, 1-2003, 12-2002,
10-2002, 9-2002, 8-2002, 7-2002, 5-2002, 4-2002, 3-2002,
1-2002, 12-2001, 11-2001, 10-2001, 8-2001, 7-2001, 6-
2001, 5-2001, 4-2001, 3-2001, 1-2001
150 days as of 12-2000
120 days as of 11-2000
90 days as of 10-2000
60 days as of 9-2000
30 days as of 8-2000

Balance History:
$14,814 05/2004
$14,608 04/2004
$14,399 03/2004
$14,206 02/2004
$14,002 01/2004
$13,802 12/2003
$13,610 11/2003
$13,415 10/2003
$13,229 09/2003
$13,040 08/2003
$12,853 07/2003
$12,675 06/2003
$12,491 05/2003
$12,315 04/2003
$12,136 03/2003
$11,976 03/2003
$11,802 01/2003
$11,631 12/2002
$11,468 12/2002
$11,291 10/2002
$11,128 09/2002
$10,961 08/2002
$10,803 07/2002

Between 7-2002 and 5-2004, your credit limit/high balance
was $7,100

**CHEVRON U S A**

Address:
PO BOX 5010
CONCORD, CA  94524

Account Number:
725034....

Status: Collection account/Never late. $363 past due as of
5-2004.

| Date Opened: | Type: | Credit Limit/Original |
|---|---|---|
| 06/1988 | Revolving | Amount: |
| Reported Since: | Terms: | $467 |
| 04/1994 | 1 Months | High Balance: |

# EXHIBIT E

# Defendant Bank of America's Exhibit 1



**VISA**  10144271000018702651999004 10

Account Number:   4427-1000-0187-0265
New Balance:                      S7,064.26
Minimum Payment Due:       S155.41
Payment Due Date:          MAY 04, 1999

Amount
Enclosed:       $

MAKE CHECK
PAYABLE TO:        BANK OF AMERICA

**Mail Payment To:**

BANK OF AMERICA
P. O. BOX 85350
LOUISVILLE KY  40285-5350

SHERYL L LUPO
VAN A LUPO
1181 PACIFIC COVE LA
HUNTINGTON BH CA  92648-415981

0015859 0015541 0706426 4427100001870265

*549990011*00400001870265/

DETACH HERE AND RETURN
WITH REMITTANCE →

**PLATINUM PRIORITY**
Account Number 4427-1000-0187-0265

For questions or to report lost or stolen
cards, call 1-800-548-2959 within the US
or 1-757-677-4701 overseas collect.

### ACCOUNT INFORMATION

| New Balance | Total Credit Line | Available Credit | Cash Line | Available Cash | Statement Closing Date | Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|---|
| S7,064.26 | S7,100.00 | S35.74 | S7,100.00 | S35.00 | 04/10/99 | S155.41 | 05/04/99 |

### TRANSACTION SUMMARY

| Trans Date | Post Date | Description | | Reference Number | Amount CR = Credit |
|---|---|---|---|---|---|
| | | | | 743560490778630167222259 | S111.60 |
| | | | | 743560490978630187551443 | S158.59 |
| 03-17 | 03-18 | PAYMENT RECEIVED – THANK YOU | | | |
| 04-05 | 04-07 | PAYMENT RECEIVED – THANK YOU | | | |

**PLEASE REMEMBER, IN ORDER TO AVOID LATE FEE CHARGES, YOUR MINIMUM
PAYMENT SHOWN ABOVE MUST BE RECEIVED BY THE DUE DATE PRINTED ON YOUR
STATEMENT.**
THE PAYMENT PROTECTION PLAN CAN HELP YOU MAKE YOUR CREDIT
CARD PAYMENTS WHEN YOU CAN'T. SEE ENCLOSED INSERT FOR DETAILS.
TO ENROLL, CALL 1-888-838-0056.

WELCOME TO THE NEW BANK OF AMERICA. YOU'LL NOTICE THE BANK OF AMERICA NAME AT
THE TOP OF THIS STATEMENT. ALSO, THE NEW LOGO WILL APPEAR ON YOUR CREDIT CARD
CORRESPONDENCE AND YOUR ACCOUNT WILL NOW BE REFERRED TO AS A BANK OF AMERICA
CREDIT CARD ACCOUNT. WATCH YOUR MAIL FOR MORE INFORMATION ABOUT THE NEW BANK OF
AMERICA.

### FINANCE CHARGE SUMMARY

| Billing cycle 31 days. | Balance Subject To Finance Charge | Daily Periodic Rate V = Variable F = Fixed | Corresponding Annual Percentage Rate | ANNUAL PERCEN-TAGE RATE | FINANCE CHARGES (limited) | |
|---|---|---|---|---|---|---|
| Purchases | S7,149.14 | V 0.0565753% | 20.65% | 20.65% | S125.38 | A |
| Cash Advances | S0.00 | V 0.0565753% | 20.65% | 20.65% | $0.00 | E |
| Cash Advance Fees | | | | | $0.00 | |

Balance Calculation Code –
See Reverse Side.

### BALANCE SUMMARY

| | |
|---|---|
| Previous Balance | S7,209.07 |
| Payments | S270.19 |
| Credits | $0.00 |
| Purchases & Other Charges | $0.00 |
| Cash Advances | $0.00 |
| Late Fee | $0.00 |
| Overline Fee | $0.00 |
| FINANCE CHARGE | S125.38 |
| NEW BALANCE | S7,064.26 |

front side of your statement and does not contain the disclosures which were made on the reverse side of your original statement.

**Defendant Bank of America's Exhibit 2**

# Bank of America

## CARDHOLDER AGREEMENT

### Section 1: INTRODUCTORY PROVISIONS

**1.1 Contracts and Effectiveness of Agreement.** This Agreement governs your credit card account with us...

**BILLING RIGHTS SUMMARY**

**What To Do If There Is An Error Or Questions About Your Bill**

### Section 2: USE OF YOUR ACCOUNT

**2.1 Types of Transactions.**

**2.1.1 Purchases.**

**2.2 Restrictions on Use.**

**Special Rule for Credit Card Purchases**

**7.2a Payment by Phone.**

**7.2b Payment by Phone.**

**7.2c Effective Date of Payment.**

FD3-2014-1

Bank of America, N.A. (USA)
© 2003 Bank of America

# Defendant Bank of America's Exhibit 3

TRAN Date 5-11-98

# 200.00





TRAN Date 5-23-98
$100.00





TRAN DATE
12-3-98
# 86.02





TRAN DATE  4-5-9?
$ 158.59





Tran Date
6-9-99
$155.18





.

**Defendant Bank of America's Exhibit 4**



**P R I O R I T Y** SM

**VISA®** 10144271000018702651998030310

Account Number: 4427-1000-0187-0265

| New Balance: | $6,490.50 |
| Minimum Payment Due: | $0.00 |
| Payment Due Date: | APR 04, 1998 |

Mail Payment To:

Amount Enclosed: $ ▢▢▢▢▢▢

NATIONSBANK OF DELAWARE, N.A.
P. O. BOX 85350
LOUISVILLE KY 40285-5350

MAKE CHECK PAYABLE TO: NATIONSBANK OF DELAWARE, N.A.

SHERYL L LUPO
VAN A LUPO
1181 PACIFIC COVE LA
HUNTINGTON BH CA 92648-415981

0010000 0000000 0649050 4427100001870265

Please write your account number on your check and remit in U.S. funds. In order to receive your payment by the due date, we suggest mailing at least five (5) business days prior to that date. See reverse side for important payment receipt information.

DETACH HERE AND RETURN WITH REMITTANCE

**PLATINUM PRIORITY**
Account Number 4427-1000-0187-0265

For questions or to report lost or stolen cards, call 1-800-548-2959 within the US or 1-757-677-4701 overseas collect.

## ACCOUNT INFORMATION

| New Balance | Total Credit Line | Available Credit | Cash Line | Available Cash | Statement Closing Date | Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|---|
| $6,490.50 | $7,100.00 | $609.50 | $3,000.00 | $609.00 | 03/10/98 | $0.00 | |

## TRANSACTION SUMMARY

| Trans Date | Post Date | Description | Reference Number | Amount CR = Credit |
|---|---|---|---|---|
| 02-09 | 02-11 | PAYMENT RECEIVED – THANK YOU | 74356048042863017362869 | $100.00 |
| 03-04 | 03-05 | PAYMENT RECEIVED – THANK YOU | 74356048064863018172641 | $100.00 |

YOUR MINIMUM PAYMENT IS PRE-PAID. NO MINIMUM PAYMENT IS DUE THIS MONTH. FINANCE CHARGES WILL CONTINUE TO ACCRUE ON YOUR AVERAGE DAILY BALANCE.

GET YOUR CREDIT REPORT, FREE! CALL TOLL FREE 1-800-749-7046 TO RECEIVE YOUR FREE CREDIT REPORT TODAY! FIND OUT WHAT'S ON YOUR CREDIT REPORT AND WHO PUT IT THERE!

## FINANCE CHARGE SUMMARY

| Billing cycle 28 days. | Balance Subject To Finance Charge | Daily Periodic Rate V = Variable F = Fixed | Corresponding Annual Percentage Rate | ANNUAL PERCEN-TAGE RATE | FINANCE CHARGES (Itemized) | |
|---|---|---|---|---|---|---|
| Purchases | $6,282.12 | F 0.0463014% | 16.90% | 16.90% | $81.45 | A |
| Cash Advances | $192.73 | F 0.0463014% | 16.90% | 16.90% | $2.50 | E |
| Cash Advance Fees | | | | | $0.00 | |

Balance Calculation Code
See Reverse Side.

## BALANCE SUMMARY

| Previous Balance | $6,606.55 |
|---|---|
| Payments – | $200.00 |
| Credits – | $0.00 |
| Purchases & Other Charges + | $0.00 |
| Cash Advances + | $0.00 |
| Late Fee + | $0.00 |
| Overline Fee + | $0.00 |
| FINANCE CHARGE + | $83.95 |
| NEW BALANCE | $6,490.50 |

of the front side of your statement and does not contain the disclosures which were made on the reverse side of your original statement.



P R I O R I T Y ℠

**VISA** 10144271000018702651980410
Account Number: 4427-1000-0187-0265

New Balance:                    $6,755.84
Minimum Payment Due:            $0.00
Payment Due Date:    MAY 05, 1998

Mail Payment To:

NATIONSBANK OF DELAWARE, N.A.
P. O. BOX 85350
LOUISVILLE KY  40285-5350

Amount
Enclosed:    $ ☐☐☐☐☐.☐☐

MAKE CHECK       NATIONSBANK OF
PAYABLE TO:      DELAWARE, N.A.

SHERYL L LUPO
VAN A LUPO
1181 PACIFIC COVE LA
HUNTINGTON BH CA  92648-415981

0012500 0000000 0675584 4427100001870265

DETACH HERB AND         Please write your account number on your check and remit in U.S. funds.  In order to receive your payment by the due date,
RETURN WITH REMITTANCE   we suggest mailing at least five (5) business days prior to that date. See reverse side for important payment receipt information.

## PLATINUM PRIORITY
## Account Number 4427-1000-0187-0265

For questions or to report lost or stolen
cards, call 1-800-548-2959 within the US
or 1-757-677-4701 overseas collect.

### ACCOUNT INFORMATION

| New Balance | Total Credit Line | Available Credit | Cash Line | Available Cash | Statement Closing Date | Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|---|
| $6,755.84 | $7,100.00 | $344.16 | $7,100.00 | $344.00 | 04/10/98 | $0.00 | |

### TRANSACTION SUMMARY

| Trans Date | Post Date | Description | Reference Number | Amount CR = Credit |
|---|---|---|---|---|
| 04-06 | 04-08 | PAYMENT RECEIVED -- THANK YOU | 74356048098863015502352 | $125.00 |
| 04-08 | 04-10 | POTTERY BARN M/O    800-9229934 CA | 24418008099009027596108 | $297.05 |

*** PLEASE NOTE THAT YOUR CASH LINE MAY HAVE CHANGED. THE PORTION
OF YOUR CREDIT LINE AVAILABLE FOR CASH TRANSACTIONS IS DISPLAYED
EACH MONTH ON YOUR PERIODIC STATEMENT. ***
YOUR MINIMUM PAYMENT IS PRE-PAID.  NO MINIMUM PAYMENT IS DUE THIS MONTH.
FINANCE CHARGES WILL CONTINUE TO ACCRUE ON YOUR AVERAGE DAILY BALANCE.

PROTECT YOURSELF AGAINST CREDIT CARD FRAUD!!!
CALL 1-800-950-5828 AND RECEIVE A TRIAL MEMBERSHIP IN
HOT-LINE FOR JUST $1.

### FINANCE CHARGE SUMMARY

| Billing cycle 31 days. | Balance Subject To Finance Charge | Daily Periodic Rate V = Variable F = Fixed | Corresponding Annual Percentage Rate | ANNUAL PERCEN- TAGE RATE | FINANCE CHARGES (Itemized) | |
|---|---|---|---|---|---|---|
| Purchases | $6,321.11 | F 0.0463014% | 16.90% | 16.90% | $90.73 | A |
| Cash Advances | $177.96 | F 0.0463014% | 16.90% | 16.90% | $2.56 | E |
| Cash Advance Fees | | | | | $0.00 | |

Balance Calculation Code
See Reverse Side.

### BALANCE SUMMARY

| | |
|---|---|
| Previous Balance | $6,490.50 |
| Payments | $125.00 |
| Credits | $0.00 |
| Purchases & Other Charges | $297.05 |
| Cash Advances | $0.00 |
| Late Fee | $0.00 |
| Overline Fee | $0.00 |
| FINANCE CHARGE | $93.29 |
| NEW BALANCE | $6,755.84 |

This is an electronic reproduction of the front side of your statement and does not contain the disclosures which were made on the reverse side of your original statement.



**VISA**  10144271000018702651990810

| | |
|---|---|
| Account Number: | 4427-1000-0187-0265 |
| New Balance: | $6,884.43 |
| Minimum Payment Due: | $0.00 |
| Payment Due Date: | SEP 04, 1998 |

**Mail Payment To:**

Amount Enclosed: $

MAKE CHECK PAYABLE TO: NATIONSBANK OF DELAWARE, N.A.

NATIONSBANK OF DELAWARE, N.A.
P. O. BOX 85350
LOUISVILLE KY 40285-5350

SHERYL L LUPO
VAN A LUPO
1181 PACIFIC COVE LA
HUNTINGTON BH CA 92648-415981

0009500 0000000 0688443 4427100001870265

*549990011*00400001870265/

DETACH HERE AND RETURN WITH REMITTANCE

## PLATINUM PRIORITY
### Account Number 4427-1000-0187-0265

For questions or to report lost or stolen cards, call 1-800-548-2959 within the US or 1-757-677-4701 overseas collect.

### ACCOUNT INFORMATION

| New Balance | Total Credit Line | Available Credit | Cash Line | Available Cash | Statement Closing Date | Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|---|
| | | $215.57 | $7,100.00 | $215.00 | 08/10/98 | $0.00 | |
| $6,884.43 | $7,100.00 | | | | | | |

### TRANSACTION SUMMARY

| Trans Date | Post Date | Description | Reference Number | Amount CR = Credit |
|---|---|---|---|---|
| 07-13 | 07-15 | PAYMENT RECEIVED – THANK YOU | 7435604819686301673052 4 | $95.00 |
| 08-06 | 08-07 | TTA*TERRITORY AHEAD     800-882-4323 CA | 2469216821800005707335 1 | $145.81 |

**PLEASE REMEMBER THAT IN ORDER TO AVOID LATE FEE CHARGES, YOUR PAYMENT MUST BE RECEIVED BY THE DUE DATE PRINTED ON YOUR STATEMENT.** YOUR MINIMUM PAYMENT IS PRE-PAID. NO MINIMUM PAYMENT IS DUE THIS MONTH. FINANCE CHARGES WILL CONTINUE TO ACCRUE ON YOUR ACCOUNT.

GETTING CASH IS FAST AND CONVENIENT WITH YOUR NATIONSBANK MASTERCARD. JUST VISIT WWW.MASTERCARD.COM FOR THE ATM LOCATION NEAREST YOU.

TRY TRAVELER'S ADVANTAGE FOR 3 MONTHS FOR $1 & RECEIVE A COMPLIMENTARY HOTEL NIGHT & $450 IN AIRFARE SAVING CERTIFICATES, PLUS DISCOUNTS ON VACATION PACKAGES! CALL 1-800-758-0167 FOR FULL DETAILS.

THE NEW SCHOOL YEAR IS JUST AROUND THE CORNER AND THERE'S NO EASIER, MORE CONVENIENT WAY TO PAY FOR SCHOOL-RELATED EXPENSES THAN WITH YOUR NATIONSBANK VISA CARD. FROM NOTEBOOKS TO SCHOOL CLOTHES AND EVEN TUITION, YOUR NATIONSBANK VISA IS ALL YOU NEED.

### FINANCE CHARGE SUMMARY

| Billing cycle 31 days. | Balance Subject To Finance Charge | Daily Periodic Rate V = Variable F = Fixed | Corresponding Annual Percentage Rate | ANNUAL PERCEN- TAGE RATE | FINANCE CHARGES (Itemized) | |
|---|---|---|---|---|---|---|
| | | | | 16.90% | $96.02 | A |
| Purchases | $6,689.68 | F 0.0463014% | 16.90% | 16.90% | $0.42 | E |
| Cash Advances | $29.26 | F 0.0463014% | 16.90% | | $0.00 | |
| Cash Advance Fees | | | | | | |

Balance Calculation Code See Reverse Side.

### BALANCE SUMMARY

| | |
|---|---|
| Previous Balance | $6,737.18 |
| Payments | $95.00 |
| Credits | $0.00 |
| Purchases & Other Charges | $145.81 |
| Cash Advances | $0.00 |
| Late Fee | $0.00 |
| Overline Fee | $0.00 |
| FINANCE CHARGE | $96.44 |
| NEW BALANCE | $6,884.43 |

This is an electronic reproduction of the front side of your statement and does not contain the disclosures which were made on the reverse side of your original statement.



**VISA**  1014427100001870265199990310

Account Number:    4427-1000-0187-0265
New Balance:                          $7,209.07
Minimum Payment Due:              $270.19
Payment Due Date:              APR 04, 1999

Amount Enclosed:    $ [ ][ ][ ][ ][ ].[ ][ ]

MAKE CHECK PAYABLE TO:    NATIONSBANK OF DELAWARE, N.A.

Mail Payment To:

l.l..lll....ll.l.l.l..l.l...ll.l.l.l...l.l.ll...l.l
NATIONSBANK OF DELAWARE, N.A.
P. O. BOX 85350
LOUISVILLE KY  40285-5350

ll...l..l.l.l..ll..l.l.l..l..l.l.l.l.l.l..l...l.ll.l
SHERYL L LUPO
VAN A LUPO
1181 PACIFIC COVE LA
HUNTINGTON BH CA  92648-415981

0020000  0027019  0720907  4427100001870265
*549990011*00400001870265/

DETACH HERE AND RETURN WITH REMITTANCE →

**PLATINUM PRIORITY**
Account Number 4427-1000-0187-0265

For questions or to report lost or stolen cards, call 1-800-548-2959 within the US or 1-757-677-4701 overseas collect.

### ACCOUNT INFORMATION

| New Balance | Total Credit Line | Available Credit | Cash Line | Available Cash | Statement Closing Date | Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|---|
| $7,209.07 | $7,100.00 | $0.00 | $7,100.00 | $0.00 | 03/10/99 | $270.19 | 04/04/99 |

### TRANSACTION SUMMARY

| Trans Date | Post Date | Description | Reference Number | Amount CR = Credit |
|---|---|---|---|---|
| | | | 246921690550006555540763 | $59.35 |
| | | | 246161490566442926310569 | $76.90 |
| 02-24 | 02-24 | PSB*HSE BEAUTIFUL 0339  800-241-9111 OH | | |
| 02-25 | 02-26 | BARRONS #98 *3663211  800-762-7145 MI | | |

YOUR ACCOUNT IS 1 PAYMENT PAST DUE IN THE AMOUNT OF $111.60.
PLEASE MAIL YOUR PAYMENT TODAY.
**PLEASE REMEMBER THAT IN ORDER TO AVOID LATE FEE CHARGES, YOUR PAYMENT MUST BE RECEIVED BY THE DUE DATE PRINTED ON YOUR STATEMENT.**

### FINANCE CHARGE SUMMARY

| Billing cycle 28 days. | Balance Subject To Finance Charge | Daily Periodic Rate V = Variable F = Fixed | Corresponding Annual Percentage Rate | ANNUAL PERCENTAGE RATE | FINANCE CHARGES (Itemized) | |
|---|---|---|---|---|---|---|
| Purchases | $7,069.91 | F 0.0463014% | 16.90% | 16.90% | $91.66 | A |
| Cash Advances | $0.00 | F 0.0463014% | 16.90% | 16.90% | $0.00 | B |
| Cash Advance Fees | | | | | $0.00 | |

Balance Calculation Code
See Reverse Side.

### BALANCE SUMMARY

| | |
|---|---|
| Previous Balance | $6,956.16 |
| Payments | $0.00 |
| Credits | $0.00 |
| Purchases & Other Charges | $136.25 |
| Cash Advances | $0.00 |
| Late Fee | $25.00 |
| Overline Fee | $0.00 |
| FINANCE CHARGE | $91.66 |
| NEW BALANCE | $7,209.07 |

...of the front side of your statement and does not contain the disclosures which were made on the reverse side of your original statement.

*Platinum*
P R I O R I T Y ℠

**VISA** 1014427100001870265199990510

Account Number: 4427-1000-0187-0265
New Balance: $7,053.69
Minimum Payment Due: $155.18
Payment Due Date: JUN 04, 1999

Amount Enclosed: $ [        ]

MAKE CHECK PAYABLE TO: BANK OF AMERICA

Mail Payment To:

|.||..|||....|.||...|.|.|.|..||...|...||.....|...|.|..||...|.|..
BANK OF AMERICA
P. O. BOX 85350
LOUISVILLE KY  40285-5350

||..........|.|||..|.|.|...|.|...|..|.|||.|.|.|....|......|.||.|
SHERYL L LUPO
VAN A LUPO
1181 PACIFIC COVE LA
HUNTINGTON BH CA  92648-415981

0016000 0015518 0705369 4427100001870265

*549990011*00400001870265/

DETACH HERE AND RETURN WITH REMITTANCE →

**PLATINUM PRIORITY**
Account Number 4427-1000-0187-0265

For questions or to report lost or stolen cards, call 1-800-548-2959 within the US or 1-757-677-4701 overseas collect.

## ACCOUNT INFORMATION

| New Balance | Total Credit Line | Available Credit | Cash Line | Available Cash | Statement Closing Date | Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|---|
| $7,053.69 | $7,100.00 | $46.31 | $7,100.00 | $46.00 | 05/10/99 | $155.18 | 06/04/99 |

## TRANSACTION SUMMARY

| Trans Date | Post Date | Description | | Reference Number | Amount CR = Credit |
|---|---|---|---|---|---|
| 05-06 | 05-10 | PAYMENT RECEIVED — THANK YOU | | 743560491298630205 01515 | $160.00 |

**PLEASE REMEMBER, IN ORDER TO AVOID LATE FEE CHARGES, YOUR MINIMUM PAYMENT SHOWN ABOVE MUST BE RECEIVED BY THE DUE DATE PRINTED ON YOUR STATEMENT.** WELCOME TO THE NEW BANK OF AMERICA. YOU'LL NOTICE THE BANK OF AMERICA NAME AT THE TOP OF THIS STATEMENT. ALSO, THE NEW LOGO WILL APPEAR ON YOUR CREDIT CARD CORRESPONDENCE AND YOUR ACCOUNT WILL NOW BE REFERRED TO AS A BANK OF AMERICA CREDIT CARD ACCOUNT. WATCH YOUR MAIL FOR MORE INFORMATION ABOUT THE NEW BANK OF AMERICA.

## FINANCE CHARGE SUMMARY

| Billing cycle 30 days. | Balance Subject To Finance Charge | Daily Periodic Rate V = Variable F = Fixed | Corresponding Annual Percentage Rate | ANNUAL PERCEN- TAGE RATE | FINANCE CHARGES (Itemized) | |
|---|---|---|---|---|---|---|
| Purchases | $7,095.79 | V 0.0565753% | 20.65% | 20.65% | $120.43 | A |
| | | | | | | E |
| Cash Advances | $0.00 | V 0.0565753% | 20.65% | 20.65% | $0.00 | |
| Cash Advance Fees | | | | | $0.00 | |

Balance Calculation Code
See Reverse Side.

## BALANCE SUMMARY

| | |
|---|---|
| Previous Balance | $7,064.26 |
| Payments | - $160.00 |
| Credits | - $0.00 |
| Purchases & Other Charges | + $0.00 |
| Cash Advances | + $0.00 |
| Late Fee | + $29.00 |
| Overline Fee | + $0.00 |
| FINANCE CHARGE | + $120.43 |
| NEW BALANCE | $7,053.69 |

This ... side of your statement and does not contain the disclosures which are made on the reverse side of your original statement.

**Defendant Bank of America's Exhibit 5**

# PLATINUM PRIORITY CARD UPGRADE ACCEPTANCE FORM

X **Yes!** I would like to sign up in the NationsBank Platinum Priority Card. I understand that by accepting this offer, I and all current cardholders accounts will receive a new NationsBank Platinum Priority Card. I will receive a new account number, and there will be no changes to my current rates or fees.

Sheryl L. Lupo
Van A. Lupo
1181 Pacific Cove Ln.
Huntington Beach, CA 92648-4150

**Offer Expires: December 19, 1997**

X _Signature_

**Pin Number Selection**

☐ **Yes** I would like an additional authorized user account. authorized user will receive the Platinum Priority upgrade. Please send an additional card to:

If you do not currently have one, please select a 4 digit Personal Identification Number (PIN) using letters or numbers. Please do not choose "0" or use the letters Q, Z, or O.

First Name    MI    Last Name

4358-1700-0004-3854                                    2200

# Defendant Bank of America's Exhibit 6

20032 901268

AUG 2 9 2000

BANK OF AMERICA NA
CREDIT/NEW ACCTS

# TRANSFER OF RESPONSIBILITY FORM (Part 1)

**TO BE COMPLETED BY PERSON TAKING PAYMENT RESPONSIBILITY**

## Responsibility and Account Usage

I, _Van Lupo_ request that _my name + responsibility_ be removed from this account relieving them of payment responsibility and further use of this account. I agree to assume full responsibility for all current and future balances on this account. If the Bank denies this request, the account will be cancelled and I understand that all parties to my account will remain jointly and individually responsible for any unpaid balance.

## Overdraft Protection (For Bank of America Checking Accounts Only)

( )I do not currently have this service.
( )Please continue this service. There is no change to my checking account number.
( )Please transfer this service to my new checking account.
    Checking Account Number _____
    ( ) Please enclose a voided deposit slip
    This change will interrupt service for 3 to 5 business days from the date the request is processed.
( )Please cancel this service.

N/A   UTL

## Automatic Payment Service

( )I do not currently have this service.
( )Please continue this service. There is no change to my checking account number.
( )Please transfer this service to my new checking account.
    Checking Account Number _____
    ( ) Please enclose a voided deposit slip
        Check One ( ) Minimum Payment ( ) Payment in Full
( )Please cancel this service.

N/A

4427-1000-0187-0265
Van Lupo
SS# 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

## Personal Information

Street _1181 Pacific Cove Ln_
City _HB_    State _Ca_    Zip _92648_
Home Phone (_714_) _536-8768_    Work Phone (___)
Employer's Name _N/A_
Employer's Address _N/A_
Occupation _N/A_    How Long ___    Monthly Income $ ___
Other Income $ _500_    Source _Consulting_    Monthly Amount $ _500_

Signature _[signatures: Van Lupo / Sheryl Lupo]_    Date _8-7-00_

I authorize the Bank to verify my information and to obtain additional information from me, credit bureaus, and other third parties in order to make its credit decision. I also agree that the Bank may lower the credit line on my account based on my current financial and credit information.

NATB10-0034

## ASSUMPTION OF RESPONSIBILITY FORM (Part 2)

### TO BE COMPLETED BY PERSON REQUESTING TO BE REMOVED FROM ACCOUNT

I, ___Dan A Lupo___ (Name) request that my name be removed from this account. I understand that my request is subject to the assumption of payment responsibility by _____ and the Bank's approval of such assumption. If the request to assume liability is denied, all parties will remain jointly and severally liable for any remaining account balance. If the request to assume liability is denied, the account will be cancelled and I will be responsible for the remaining balances and for new charges made by me. I will not be responsible for any new transactions made by any other person(s) listed on this account. I understand that if my name is removed, the credit history established for this account may be deleted from my credit file. I understand further that I may apply for a new account in my name only, subject to the Bank's approval.

**Account Number(s)**                    *Acct closed*

_____    _____

**Overdraft Protection**
I understand that if my request is approved, I will not be able to access my existing Instant Cash Overdraft Protection associated with this account.

**Personal Information:**
Address __1181 Pacific Cove Ln__
City __Hunt Bch__    State __Ca__    Zip __92648__
Home Phone(__714__)__536-8768__    Work Phone(__949__)__790-2084__

**To Be Completed By All Parties**
By signing below, we understand and agree that each of us will be liable on this account until the Bank approves the changes requested on this form. However, the party requesting to be removed from the account will not be responsible for new charges made by the other party after the Bank approval of the request for removal. We have destroyed all outstanding cards for this account except those issued in the name of the cardmember assuming primary payment responsibilty.

_____    _____    *Acct*
Party Keeping Account         Social Security              *closed* Date

_____    _____    _____
Party Keeping Account         Social Security              Date

_____    _____    _____
Party Not Keeping Account     Social Security              Date

(____) If other liable parties cannot be located for signature, please indicate by checking here. If approved, your outstanding balance will be transferred to the new account. In order to ensure that charges do not continue to post to the old account all cards must be destroyed.

NATB11-0048

*Platinum*

**VISA** 101442710000187026520001110

Account Number: 4427-1000-0187-0265
New Balance: $7,623.49
Minimum Payment Due: $945.11
Payment Due Date: DEC 05, 2000

Amount Enclosed: $ ☐☐☐☐☐.☐☐

MAKE CHECK PAYABLE TO: BANK OF AMERICA

**Mail Payment To:**

BANK OF AMERICA
PO BOX 5270
CAROL STREAM IL  60197-5270

SHERYL L LUPO
VAN A LUPO
1181 PACIFIC COVE LA
HUNTINGTON BH CA  92648-415981

0015000 0094511 0762349 4427100001870265

DETACH HERE AND RETURN WITH REMITTANCE →

**PLATINUM**
Account Number 4427-1000-0187-0265

For questions or to report lost or stolen cards, call 1-800-548-2959 within the US or 1-757-677-4701 overseas collect.

**ACCOUNT INFORMATION**

| New Balance | Total Credit Line | Available Credit | Cash Line | Available Cash | Statement Closing Date | Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|---|
| $7,623.49 | $0.00 | $0.00 | $0.00 | $0.00 | 11/10/00 | $945.11 | 12/05/00 |

**TRANSACTION SUMMARY**

| Trans Date | Post Date | Description | Reference Number | Amount CR = Credit |
|---|---|---|---|---|
| 11-06 | 11-06 | LATE PAYMENT FEE | | $29.00 |
| 11-10 | 11-10 | OVERLIMIT FEE ASSESSED FOR NOV 06, 2000 | | $29.00 |

YOUR ACCOUNT IS SERIOUSLY DELINQUENT IN THE AMOUNT OF $777.39.
PLEASE CALL 1-800-548-1711 TO AVOID ADDITIONAL COLLECTION MEASURES.

**FINANCE CHARGE SUMMARY**

| Billing cycle 31 days. | Balance Subject To Finance Charge | Daily Periodic Rate V = Variable F = Fixed | Corresponding Annual Percentage Rate | ANNUAL PERCENTAGE RATE | FINANCE CHARGES (Itemized) |
|---|---|---|---|---|---|
| Purchases | $7,496.30 | V 0.0613700% | 22.40% | 22.40% | $142.62 |
| Cash Advances | $0.00 | V 0.0613700% | 22.40% | 22.40% | $0.00 |
| Cash Advance Fees | | | | | $0.00 |

**BALANCE SUMMARY**

| | |
|---|---|
| Previous Balance | $7,422.87 |
| Payments | $0.00 |
| Credits | $0.00 |
| Purchases & Other Charges | $0.00 |
| Cash Advances | $0.00 |
| Late Payment Fee | $29.00 |
| Overlimit Fee | $29.00 |
| FINANCE CHARGE | $142.62 |
| NEW BALANCE | $7,623.49 |

# EXHIBIT F

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*:<br><br>Valerie Ryall Hosford<br>HOSFORD & HOSFORD, INC.<br>250 West Main Street<br>Tustin, CA  92780 | TELEPHONE NO.:<br>714/730-8202 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR *(Name)*:    SHERYL L. LUPO | | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF    ORANGE |
|---|
| STREET ADDRESS:      341 The City Drive |
| MAILING ADDRESS:     P.O. Box 14169 |
| CITY AND ZIP CODE:   Orange, CA  92863-0097 |
| BRANCH NAME:   FAMILY LAW DIVISION |

PETITIONER:  VAN A. LUPO

RESPONDENT:  SHERYL L. LUPO

| DECLARATION OF DISCLOSURE | CASE NUMBER:<br>00D 008 449 |
|---|---|
| [ ] **Petitioner's**   [X] **Preliminary**<br>[X] **Respondent's**   [ ] **Final** | |

# DO NOT FILE WITH THE COURT

*Both the preliminary and the final declaration of disclosure must be served on the other party with certain exceptions.  Neither disclosure is filed with the court.  A declaration stating service was made of the final declaration of disclosure must be filed with the court (see form 1292.05).*

*A preliminary declaration of disclosure but not a final declaration of disclosure is required in the case of a summary dissolution (see Family Code section 2109) or in a default judgment (see Family Code section 2110) provided the default is not a stipulated judgment or a judgment pursuant to a marriage settlement agreement.*

*A declaration of disclosure is required in a nullity or legal separation action as well as in a dissolution action.*

Attached are the following:

1. [X] A completed Schedule of Assets and Debts *(form 1292.11)*.

2. [X] A completed Income and Expense Declaration *(forms 1285.50, 1285.50a, 1285.50b, and 1285.50c (as applicable))*.

3. [X] A statement of all material facts and information regarding valuation of all assets that are community property or in which the community has an interest *(not a form)*.
   valuations are my estimates only

4. [X] A statement of all material facts and information regarding obligations for which the community is liable *(not a form)*.
   balances are by recollection only; Petitioner has documentation *(not a form)*.

5. [X] An accurate and complete written disclosure of any investment opportunity presented since the date of separation *(not a form)*.
   I have had no such investment opportunities, other than those in the public domain

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  7/16/01

SHERYL LUPO...................................
(TYPE OR PRINT NAME)

►  *(signature)*
(SIGNATURE)

| Form Adopted by Rule 1292<br>Judicial Council of California<br>1292 [Rev. January 1, 1994] | **DECLARATION OF DISCLOSURE**<br>**(Family Law)** | Legal<br>Solutions<br>Plus | Family Code, §§ 2104, 2105, 2106, 2112 |

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: 714/730-8202 |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):*
Valerie Ryall Hosford
HOSFORD & HOSFORD, INC.
250 West Main Street
Suite 101
Tustin, CA  92780

TELEPHONE NO.: 714/730-8202
714/73-1959

ATTORNEY FOR *(Name):*  SHERYL L. LUPO

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**  ORANGE

**MARRIAGE OF**
PETITIONER: VAN A. LUPO

RESPONDENT: SHERYL L. LUPO

| **SCHEDULE OF ASSETS AND DEBTS**<br>☐ Petitioner's  ☒ Respondent's | CASE NUMBER:<br>00D 008 449 |
|---|---|

**- INSTRUCTIONS -**

List all your known community and separate assets or debts. Include assets even if they are in the possession of another person, including your spouse. If you contend an asset or debt is separate, put H or W in the first column (separate property) to indicate to whom you contend it belongs.

All values should be as of the date of signing the declaration unless you specify a different valuation date with the description.

For additional space, use a continuation sheet numbered to show what item is being continued.

| ITEM<br>NO. | ASSETS - DESCRIPTION | SEP.<br>PROP. | DATE<br>ACQUIRED | CURRENT GROSS<br>FAIR MARKET<br>VALUE | AMOUNT OF<br>MONEY OWED OR<br>ENCUMBRANCE |
|---|---|---|---|---|---|
|  |  |  |  | $ | $ |
| 1. | REAL ESTATE *(Give street addresses and attach copies of deeds with legal descriptions and latest lender's statement.)*<br>1181 Pacific Cove Ln., Huntington Bch |  | 1995 | 525,000 | 350,000 |
| 2. | HOUSEHOLD FURNITURE, FURNISHINGS, APPLIANCES *(Identify)*<br>To be determined |  | various | unknown |  |
| 3. | JEWELRY, ANTIQUES, ART, COIN COLLECTIONS, etc. *(Identify)*<br>jewelry - personal effects only<br>original artwork by Jackie Dancey |  | 1989 |  |  |

(Continued on reverse)

Page one of four

**SCHEDULE OF ASSETS AND DEBTS**
(Family Law)

Legal
Solutions
Plus

Code of Civil Procedure, §§ 2030(c), 2033.5

| ITEM NO. | ASSETS - DESCRIPTION | SEP. PROP. | DATE ACQUIRED | CURRENT GROSS FAIR MARKET VALUE | AMOUNT OF MONEY OWED OR ENCUMBRANCE |
|---|---|---|---|---|---|
| | | | | $ | $ |
| 4. | VEHICLES, BOATS, TRAILERS *(Describe and attach copy of title document. )*<br>1999 Mercedes 280C (leased)<br>2001 Mercedes 500 SL Coupe | | 1999<br>12/00 | | |
| 5. | SAVINGS ACCOUNTS *(Account name, account number, bank, and branch. Attach copy of latest statement. )*<br>Union Bank (joint Savings) | | during mrg | unknown | |
| 6. | CHECKING ACCOUNTS *(Account name and number, bank, and branch. Attach copy of latest statement. )*<br>Washington Mutual Acct.<br>    Acct # 029 296-5 (Petitioner's name)<br>Union Bank (Joint account) | | unknown<br><br>during mrg | unknown | |
| 7. | CREDIT UNION, OTHER DEPOSIT ACCOUNTS *(Account name and number, bank, and branch.  Attach copy of latest statement. )*<br>none known | | | | |
| 8. | CASH *(Give location.)*<br>nominal | | | | |
| 9. | TAX REFUND<br>    2000 fed and state refunds | | 2000 | 11,647 | |
| 10. | LIFE INSURANCE WITH CASH SURRENDER OR LOAN VALUE *(Attach copy of declaration page for each policy. )*<br>none known | | | | |

(Continued on next page)

Page two of fo

1292.11 [New July 1, 1990]

**SCHEDULE OF ASSETS AND DEBTS**
(Family Law)

| ITEM NO. | ASSETS - DESCRIPTION | SEP. PROP. | DATE ACQUIRED | CURRENT GROSS FAIR MARKET VALUE | AMOUNT OF MONEY OWED OR ENCUMBRANCE |
|---|---|---|---|---|---|
| | | | | $ | $ |
| 11. | STOCKS, BONDS, SECURED NOTES, MUTUAL FUNDS *(Give certificate number and attach copy of the certificate or copy of latest statement. )* Bank of San Franciso/Pheonix Tech. Stock Western Digital Stock | | during mrg during mrg | unknown unknown | |
| 12. | RETIREMENT AND PENSIONS *(Attach copy of latest summary plan documents and latest benefit statement. )* none known | | | | |
| 13. | PROFIT-SHARING, ANNUITIES, IRAS, DEFERRED COMPENSATION *(Attach copy of latest statement.)* none known | | | | |
| 14. | ACCOUNTS RECEIVABLE AND UNSECURED NOTES *(Attach copy of each. )* none known | | | | |
| 15. | PARTNERSHIPS AND OTHER BUSINESS INTERESTS *(Attach copy of most current K-1 form and schedule C.)* Decision Base, Inc. Van Lupo Consulting | | during mrg during mrg | unknown unknown | |
| 16. | OTHER ASSETS patent pending - rebreather diving equipment (value unknown - purchase price listed) | | during mrg | unknown 25,000 | |
| 17. | TOTAL ASSETS FROM CONTINUATION SHEET | | | $  561,647 | $   350,000 |
| 18. | TOTAL ASSETS | | | | |

*(Continued on reverse)*

1292.11 [New July 1, 1990]

**SCHEDULE OF ASSETS AND DEBTS**
(Family Law)

| ITEM NO. | DEBTS - SHOW TO WHOM OWED | SEP. PROP. | TOTAL OWING | DATE INCURRED |
|---|---|---|---|---|
| | | | $ | |
| 19. | STUDENT LOANS *(Give details.)* none known | | | |
| 20. | TAXES *(Give details.)* nonw known | | | |
| 21. | SUPPORT ARREARAGES *(Attach copies of orders and statements.)* none | | | |
| 22. | LOANS - UNSECURED *(Give bank name and loan No. and attach copy of latest statement.)* Jerry & Shirlee Stroner HFC | W | 3,200 10,000 | 6/01 5/00 |
| 23. | CREDIT CARDS *(Give creditor's name and address and the account number. Attach copy of latest statement.)* Target Robinson's Neiman Marcus Macy Bloomingdales J. Jill | | 913 743 903 2,065 796 972 | various |
| 24. | OTHER DEBTS *(specify):* Country Homes Book Clug Literary Guild HRS/Good Guys Household Bank Ann Taylor Home Depot Nordstrom VISA - Platinum 1st USA Visa 1st USA Master Card FLEET Chevron Dentist Petitioner's credit cards | | 226 226 3,675 unknown unknown unknown unknown 7,828 12,094 6,437 4,500 800 178 unknown | |
| 25. | TOTAL DEBTS FROM CONTINUATION SHEET | | | |
| 26. | TOTAL DEBTS | | $ 55,556 | |

27. ☐ _____ pages are attached as continuation sheets.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 7/16/01

SHERYL LUPO .........................................
(TYPE OR PRINT NAME OF DECLARANT)

▶ *Sheryl Lupo*
(SIGNATURE OF DECLARANT)

1292.11 [New July 1, 1990]

**SCHEDULE OF ASSETS AND DEBTS**
(Family Law)

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name and Address):*<br>Valerie Ryall Hosford<br>HOSFORD & HOSFORD, INC.<br>250 West Main Street<br>Suite 101<br>Tustin, CA 92780<br>**ATTORNEY FOR** *(Name):* SHERYL L. LUPO<br><br>**TELEPHONE NO.:** 714/730-8202 | **FOR COURT USE ONLY** |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** ORANGE
**STREET ADDRESS:** 341 The City Drive
**MAILING ADDRESS:** P.O. Box 14169
**CITY AND ZIP CODE:** Orange, CA 92863-0097
**BRANCH NAME:** FAMILY LAW DIVISION

**PETITIONER/PLAINTIFF:** VAN A. LUPO

**RESPONDENT/DEFENDANT:** SHERYL L. LUPO

| INCOME AND EXPENSE DECLARATION | **CASE NUMBER:**<br>00D 008 449 |
|---|---|

| | |
|---|---|
| **Step 1**<br>Attachments to<br>this summary | I have completed ☐ Income ☐ Expense ☐ Child Support Information forms.<br>*(If child support is not an issue, do not complete the Child Support Information Form. If your only income is AFDC,*<br>*do not complete the Income Information Form.)* |
| **Step 2**<br>Answer all<br>questions that<br>apply to you | 1. Are you receiving or have you applied for or do you intend to apply for welfare or AFDC?<br>   ☐ Receiving ☐ Applied for ☐ Intend to apply for ☒ No<br>2. What is your date of birth *(month/day/year)*? .....................................<br>3. What is your occupation? <u>unemployed</u><br>4. Highest year of education completed: <u>10th grade, plus 2 college classes</u><br>5. Are you currently employed? ☐ Yes ☒ No<br>   a. If yes: (1) Where do you work? *(name and address):* _____<br>         (2) When did you start work there *(month/year)*? ................<br>   b. If no: (1) When did you last work *(month/year)*? 3/01.................... $670<br>         (2) What were your gross monthly earnings? ................ 0<br>6. What is the total number of minor children you are legally obligated to support? ......... |
| **Step 3**<br>Monthly Income<br>information | 7. Net monthly disposable income *(from line 16a of Income Information)*: ............... $ 667<br>8. Current net monthly disposable income *(if different from line 7, explain below or on Attachment 8)*: $<br>   I am presently unemployed; I am unable to work due to disc problems<br>   and my doctor has told me not to work until I receive treatment<br>   (insurance approval pending) |
| **Step 4**<br>Expense<br>Information | 9. Total monthly expenses from line 2q of Expense Information: ............... $ 7,356<br>10. Amount of these expenses paid by others: ............................... $ |
| **Step 5** Other<br>party's income | 11. My estimate of the other party's gross monthly income is: ................... $ 16,000 |
| **Step 6**<br>Date and<br>sign this form | I declare under penalty of perjury under the laws of the State of California that the foregoing and<br>the attached information forms are true and correct.<br><br>Date: 7/16/01<br><br>▶ *(signature)* (SIGNATURE OF DECLARANT)<br>SHERYL L. LUPO ..............................<br>(TYPE OR PRINT NAME)<br>☐ Petitioner ☒ Respondent<br>Page one of 4 |

**INCOME AND EXPENSE DECLARATION**
(Family Law)

Legal
Solutions
& Plus

| PETITIONER/PLAINTIFF: VAN A. LUPO | CASE NUMBER: |
|---|---|
| RESPONDENT/DEFENDANT: SHERYL L. LUPO | 00D 008 449 |
| EXPENSE INFORMATION OF (name): SHERYL L. LUPO | |

**1.**

| | name | age | relationship | gross monthly income |
|---|---|---|---|---|
| a. List all persons living in your home whose expenses are included below and their income: ☐ Continued on Attachment 1a. | 1. Sheryl Lupo 2. 3. 4. | 48 | self | |
| b. List all other persons living in your home and their income: ☐ Continued on Attachment 1b. | 1. 2. 3. | | | |

## 2. MONTHLY EXPENSES

a. Residence payments

(1) ☐ Rent or ☒ mortgage .... $ _____ 3,300

(2) If mortgage, include:
Average principle......$ _____

Average interest ......$ _____
Impound for real property taxes .....$ _____
Impound for home-owner's insurance ...$ _____

(3) Real property taxes (if not included in item (2)) ..........$ _____

(4) Homeowner's or renter's insurance (if not included in item (2))..........$ _____ unknown

(5) Maintenance ..................$ _____ 150

b. Unreimbursed medical and dental expenses ..................$ _____ 100

c. Child care ..................$ _____

d. Children's education ..............$ _____

e. Food at home and household supplies . $ _____ 435

f. Food eating out .................$ _____

g. Utilities .........................$ _____ 250

h. Telephone land & cell......$ _____ 110

i. Laundry and cleaning ............$ _____ 40

j. Clothing .....................$ _____

k. Insurance (life, accident, etc. Do not include auto, home, or health insurance) $ _____

l. Education (specify):.............$ _____

m. Entertainment .................$ _____

n. Transportation and auto expenses (insurance, gas, oil, repair) ..........$ _____ 320

o. Installment payments (insert total and itemize below in item 3).............$ _____ 2,631

p. Other (specify): O.C. Register $ _____ 20

q. TOTAL EXPENSES (a-p) ..........$ _____ 7,356
(do not include amounts in a(2))

## 3. ITEMIZATION OF INSTALLMENT PAYMENTS OR OTHER DEBTS ☐ Continued on Attachment 3.

| CREDITOR'S NAME | PAYMENT FOR | MONTHLY PAYMENT | BALANCE | DATE LAST PAYMENT MADE |
|---|---|---|---|---|
| Auto Lease Payment | | 350 | | |
| Chevron | gas | 231 | 811 | 6/01 |
| credit card debt | misc necessaries | 2,000 | 50,000 | |

## 4. ATTORNEY FEES

a. To date I have paid my attorney for fees and costs: $ $3200    The source of this money was: loan

b. I owe to date the following fees and costs over the amount paid:

c. My arrangement for attorney fees and costs is: written; $250/hr. plus costs

*I confirm this information and fee arrangement.*    ▶ *Valerie Ryan Hosford* (SIGNATURE OF ATTORNEY)

Valerie Ryall Hosford
(TYPE OR PRINT NAME OF ATTORNEY)    Page 2 of 4

| PETITIONER/PLAINTIFF: VAN A. LUPO | CASE NUMBER: |
|---|---|
| RESPONDENT/DEFENDANT: SHERYL L. LUPO | 00D 008 449 |

INCOME INFORMATION OF (name): SHERYL L. LUPO

1. Total gross salary or wages, including commissions, bonuses, and overtime paid during the last 12 months: **1.** $ _____8,000_____
2. All other money received during the last 12 months **except welfare, AFDC,** *Specify sources below:*
   **SSI, spousal support from this marriage, or any child support.** _____ **2a.** $ _____
   *Include pensions, social security, disability, unemployment, military ba-* _____ **2b.** $ _____
   *sic allowance for quarters (BAQ), spousal support from a different mar-*
   *riage, dividends, interest or royalty, trust income, and annuities.*
   *Include income from a business, rental properties, and reimbursement of* _____ **2c.** $ _____
   *job-related expenses.*
   ▶ *Prepare and attach a schedule showing gross receipts less cash ex-* _____ **2d.** $ _____
   *penses for each business or rental property.* _____ **3.** $ _____8,000_____
3. Add lines 1 through 2d . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Divide line 3 by 12 and place result on line 4a.

|  | | Average last 12 months: | Last month: |
|---|---|---|---|
| 4. Gross income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4a. $ 667 | 4b. $ _____ |
| 5. State income tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5a. $ _____ | 5b. $ _____ |
| 6. Federal income tax . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6a. $ _____ | 6b. $ _____ |
| 7. Social Security and Hospital Tax ("FICA" and "MEDI") or self-employment tax, or the amount used to secure retirement or disability benefits . . . . . . . | 7a. $ _____ | 7b. $ _____ |
| 8. Health insurance for you and any children you are required to support . . . . . | 8a. $ _____ | 8b. $ _____ |
| 9. State disability insurance . . . . . . . . . . . . . . . . . . . . . . | 9a. $ _____ | 9b. $ _____ |
| 10. Mandatory union dues . . . . . . . . . . . . . . . . . . . . . . . . . | 10a. $ _____ | 10b. $ _____ |
| 11. Mandatory retirement and pension fund contributions . . . . . . . . . . . . . . . . . Do not include any deduction claimed in item 7. | 11a. $ _____ | 11b. $ _____ |
| 12. Court-ordered child support, court-ordered spousal support, and voluntarily paid child support in an amount not more than the guideline amount, **actually being paid for a relationship** *other* **than that involved in this proceeding:** | 12a. $ _____ | 12b. $ _____ |
| 13. Necessary job-related expenses *(attach explanation)* . . . . . . . . . . . . . | 13a. $ _____ | 13b. $ _____ |
| 14. Hardship deduction (Line 4d on Child Support Information Form) . . . . . . . . . | 14a. $ _____ | 14b. $ _____ |
| 15. Add lines 5 through 14 . . . . . . . . . . . . . . **Total monthly deductions:** | 15a. $ _____ | 15b. $ _____ |
| 16. Subtract line 15 from line 4 . . . . . . . . . **Net monthly disposable income:** | 16a. $ 667 | 16b. $ _____ |

17. AFDC, welfare, spousal support from this marriage, and child support from other relationships received each month . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **17.** $ _____1,000_____
18. Cash and checking accounts: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **18.** $ _____none_____
19. Savings, credit union, certificates of deposit, and money market accounts: . . . . . . . . . . . . . . . . . **19.** $ _____unknown_____
20. Stocks, bonds, and other liquid assets: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **20.** $ _____unknown_____
21. All other property, real or personal *(specify below):* . . . . . . . . . . . . . . . . . . . . . . . . . . **21.** $ _____
    Schedule of Assets and Debts

Page 3 of 4

▶ **Attach a copy of your three most recent pay stubs.**

Form Adopted by Rule 1285.50a
Judicial Council of California
1285.50a (Rev. January 1, 1995)

**INCOME INFORMATION**
(Family Law)

# ATTACHMENT TO
# INCOME & EXPENSE DECLARATION

*(Page 3 - Continued)*

| CREDITOR NAME | PAYMENT FOR | MONTHLY PAYMENT | BALANCE | DATE LAST PAYMENT MADE |
|---|---|---|---|---|
| Adams pet clinic<br>H. B. Hospital<br>Rita McCabe MFCC | vet services<br>emergency med care<br>services | 50 | 140<br>320<br>100 | 6/01<br>none yet<br>none yet |

Total: _____ 50 _____ 560

11-c-4