## CERTIFICATE OF SERVICE

I, Jill C. Shedd, the attorney of record for the Plaintiff Van A. Lupo, hereby certify that I served the below named parties with Plaintiff Van Lupo's Motion to Amend Pleadings to Add Amended and Supplemental Counts Against Defendant Bank of America, Memorandum in support of said Motion and proposed Amended and Supplemental Complaint via US First Class Mail

1. E. Macey Russell, Esq.
   Choate, Hall & Stewart, LLP
   Two International Place
   100-150 Oliver Street
   Boston, MA. 02110
   671-248-5000

2. Sheryl Lupo
   c/o Shirley Stroner
   9081 Aloha Drive
   Huntington Beach, CA 92646


_____
Jill C. Shedd

Dated: May 26, 2006