UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| _____ | ) | |
| VAN A. LUPO, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-40202-FDS |
| | ) | Hon. F. Dennis Saylor IV |
| v. | ) | |
| | ) | |
| BANK OF AMERICA CORPORATION | ) | Complaint Filed:  September 29, 2004 |
| and SHERYL LUPO, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## AFFIDAVIT REQUEST FOR DEFAULT AGAINST DEFENDANT SHERYL LUPO

The Plaintiff, Van A. Lupo hereby submits this affidavit and requests that defendant Sheryl Lupo be defaulted under the Federal Rules of Civil Procedure Rule 55(a).

As grounds therefore, the Plaintiff, Van A. Lupo states as follows. The defendant Sheryl Lupo was served on January 10, 2006 as appears from the officers return, the time for filing a responsive pleading has expired and the defendant has failed to file an answer or otherwise defend as required by law.

Signed under the pains and penalties of perjury.

/s/ Jill C. Shedd
Jill C. Shedd
Bar No. 652488
430 Franklin Village Drive
#212
Franklin, MA  02038
508-720-9267

## <u>CERTIFICATE OF SERVICE</u>

I, Jill C. Shedd, certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via first-class mail to those indicated as non registered participants and upon Ms. Sheryl Lupo, 9842 Hamilton Avenue, Apt. 28, Huntington Beach, CA 92646 and 9081 Aloha Drive, Huntington Beach, CA 92646 on November 24, 2006.

/s/ Jill C. Shedd
Jill C. Shedd