| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Law Office of Jill Shedd & Associates<br>430 Franklin Villiage Drive<br>#212<br>Franklin, MA 02063<br>Telephone No: 508-720-9267    FAX No: 508-473-3817<br>jshedd@sheddlaw.com | | | | |
| Attorney for: Plaintiff | | | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT | | | | |
| Plaintiff: Van Lupo | | | | |
| Defendant: Bank of America | | | | |
| PROOF OF SERVICE<br>MEMORANDA | Hearing Date: | Time: | Dept/Div: | Case Number:<br>04CV40202-FDS |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the MEMORANDA; MEMORANDUM IN SUPPORT OF SAID MOTION, THE PROPOSED AMENDED COMPLAINT; ASSENTED TO MOTION OF PLAINTIFF'S TO AMEND PLEADINGS TO JOIN THIRD PARTY DEFENDA

3. a. Party served:          Sheryl Lupo
   b. Person served:         party in item 3.a.

4. Address where the party was served:    9842 Hamilton Ave
                                          Apt 28
                                          Huntington Beach, CA 92646

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jan. 10, 2006 (2) at: 6:45PM

7. Person Who Served Papers:                           Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Chris N. Spicer                          d. The Fee for Service was:    $55.00
   b. Premier Legal Solutions                  e. I am: (3) registered California process server
      27 Cerrito                                      (i) Owner
      Irvine, CA 92612                                (ii) Registration No.:   1871
   c. 949-480-1182, FAX 949-480-1217                  (iii) County:            Orange
                                                      (iv) Expiration Date:    Thu, May. 03, 2007

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Jan. 11, 2006

Judicial Council form POS-010
Rule 982.9.(a)&(b) Rev July 1, 2004

PROOF OF SERVICE
MEMORANDA

(Chris N. Spicer)