# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Van A. Lupo,**

        **Plaintiff,**

                          **CIVIL ACTION**
                          **NO. 04- 40202-FDS**

        **V.**

**Sheryl Lupo,**

        **Defendant,**

## NOTICE OF DEFAULT

    Upon application of the Plaintiff, Van A. Lupo, for an order of default for

failure of the Defendant, Sheryl Lupo, to plead or otherwise defend as provided

By Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the

defendant has been defaulted this 12th day of December 2006.

                                    **SARAH THORNTON, CLERK**

                            **By:  /s/ Martin Castles**
                                 **Deputy Clerk**