UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Van A. Lupo,
                Plaintiff

       V.

Sheryl Lupo,
                Defendant

CIVIL ACTION

NO. 04-40202-FDS

## NOTICE

**PLEASE TAKE NOTICE** that the above entitled action will be dismissed, for wont of prosecution, without further notice after twenty (20) days from the date of this Notice for failure of the plaintiff to file a motion for default judgment.

   5/1/07
    Date

/s/ Martin Castles
Deputy Clerk