UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| VAN A. LUPO,<br><br>     Plaintiff,<br><br>     v.<br><br>BANK OF AMERICA CORPORATION<br>and SHERYL LUPO,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 04-40202-FDS<br>Hon. F. Dennis Saylor IV<br><br>Complaint Filed:  September 29, 2004 |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT AND ASSESMENT OF DAMAGES

Now comes Van A. Lupo ("Plaintiff") pursuant to Fed.R.Civ.Pro. Rule 55(b)(1) and hereby motions for entry of default judgment and assessment of damages in the total amount of $12,462. The claim against the defendant, Sheryl Lupo, is a sum certain amount, the defendant is not an infant, an incompetent person, or in the military service of the United States. The extent of damages caused by the party in default is $7,500 and the costs incurred by Plaintiff were $4,962. In support of Plaintiff's motion the Plaintiff submits his affidavit.

           Respectfully submitted,

           Van A. Lupo
           By his counsel

           *Jill Shedd*

           Jill C. Shedd
           BBO No. 652488
           Law Office of Jill Shedd & Associates, P.C.
           430 Franklin Village Drive #212
           Franklin, MA.  02038
DATED:  May 15, 2007      508-720-9267

## CERTIFICATE OF SERVICE

I, Jill C. Shedd, certify that all document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via first-class mail to those indicated as non registered participants and upon Ms. Sheryl Lupo, 9081 Aloha Drive, Huntington Beach, CA 92646 on May 17, 2007.

Jill C. Shedd