UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| VAN A. LUPO, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-40202-FDS |
| | ) | Hon. F. Dennis Saylor IV |
| v. | ) | |
| | ) | |
| BANK OF AMERICA CORPORATION and SHERYL LUPO, | ) | Complaint Filed: September 29, 2004 |
| | ) | |
| Defendants. | ) | |
| | ) | |

## PROPOSED DEFAULT JUDGMENT UNDER FED.R.CIV.P.55(B)

Saylor, J.

    Defendant <u>Sheryl Lupo</u> having failed to plead or otherwise defend in this action and her default having been entered;

    Now, upon application of <u>Van A. Lupo</u> and affidavits demonstrating that the defendant owes plaintiff the sum of $<u>7,500.00</u>, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of $<u>4,962.00</u>;

    It is hereby ORDERED, ADJUDGED, AND DECREED that plaintiff recover from defendant <u>Sheryl Lupo</u> the principal amount of $_____, with costs in the amount of $_____ and prejudgment interest at the rate of ____% from _____ to _____ in the amount of $_____, for a total judgment of $_____ with any post-judgment interest as provided by law.

                                                       By the Court,


                                                       _____
                                                       Deputy Clerk

Dated:_____