UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Van A. Lupo**
        **Plaintiff**

    v.                                      CIVIL ACTION
                                              NO. **04-40202-FDS**

**Sheryl Lupo**
        **Defendant**

**DEFAULT JUDGMENT UNDER FED. R. CIV. P. 55(b)**

**Saylor, D.J.**

     Defendant Sheryl Lupo having failed to plead or otherwise defend in this action and a default having been entered;

     Now, upon application of plaintiff Van A. Lupo and affidavits demonstrating that defendant owes plaintiff the sum of $7,500.00, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of $462.00 and attorney's fees in the amount of $4,500.00;

     It is hereby ORDERED, ADJUDGED, AND DECREED that plaintiff recover from defendant Sheryl Lupo the principal amount of $7,500.00, costs in the amount of $462.00, and attorney's fees in the amount of $4,500.00, for a total judgment of $12,462.00 with any post-judgment interest as provided by law.

Dated: July 13, 2007                                /s/ F. Dennis Saylor
                                                                         F. Dennis Saylor IV
                                                                         U.S. District Judge

Note:  The post-judgment interest rate effective this date is 4.99%.